

# NECC

billing inquiries: 1 800 766 2642
www.necc.us

INVOICE # 3458442

## CALLS

| data | time | to | | dur.. | cost |
|---|---|---|---|---|---|
| | 073351 | 0017231623 AZERBAIJAN | RU | 0,48 | 0.18 AC |
| tH/Z006 | 11:08;30 | 8452849981 RUSSIA | RU | 0.51 | 0.04 AC |
| 12/2212005 | 14 2:48 | 2484577000 TROY | MI | 1228 | 0.75 |
| 12/28/2005 | 16:54:54 | 2488949044 . PONTIAC | MI | 1.52 | 0.11 |
| 11112006 | 10:30:00 | 8453764696 RUSSIA | RU | 1.22 | 0.07 |
| 1/1/2006 | 10:4921 | 0089 '0984 ISRAEL | IS | 14.30 | 0.57 |
| 1/1/2006 | 1125:30 | 8453572585 RUSSIA | RU | 1.11 | 0.06 |
| 1l112006 | 17:1524 | 7184375394 BROOKLYN | NY | 1.52 | 0.07 |
| 1/1/2006 | 1028:48 | 8453764696 RUSSIA | RU | 0,48 | 0.04 AC |
| 12/20/2005 | 072421 | 0089230984 ISRAEL | IS | 15.44 | 0.61 |
| 212812005 | 07;42:36 | 0953996898 RUSSIA | RU | 1.52 | 0.05 |
| 1!112006 | 1027:36 | 9053274044 RUSSI CELL | RU | 1.11 | 0.17 |
| 1!1/2006 | 10: :57 | 0089233643 ISRAEL | IS | 3.54 | 0.15 |
| 1/1/1006 | 11:09:36 | 8452376469 RUSSIA | RU | 1.11 | 0.06 |
| 11112006 | 17:04:18 | 7188748426 NEW YORK | NY | 7.17 | 0.28 |
| 1/9/2006 | 07:43:00 | 0544415131 ISRAE CELL | IS | 1.42 | 029 |

## CALLS SUMMARY

| number | charge | mtn |
|---|---|---|
| 2484837871 | $13.75 | 155.57 |

ti

# NECC

INVOICE # 2926124

DETAILS FOR INVOICE    2926124

| number | date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .24896 2 | | | | | | | | | | | | | | | |

**automatic credit - less than 1 min calls**

| | 10110/2005 | 07:59:48 | 0089471266 | ISRAEL | IS | 0.30 | 0.02 AC | | 10/2912005 | 08:00:48 | 0089471266 | ISRAEL | IS | 0.36 | 0.02 AC |
| | 10130/2005 | 10:30:09 | 0433224132 | UKRAINE | UO | 0.48 | 0.07 AC | | | | | | | | |

**regular plan**

| | | | | | | | | | 10110/2005 | 08:01:51 | 0089471266 | ISRAEL | IS | 9.06 | 0.35 |
| | 10113/2005 | 10:44:33 | 2163973182 | CLEVELAND | OH | 8.41 | 0.34 | | 10/1312005 | 12:26:57 | 6172430568 | NEWTON | MA | 0.31 | 0.02 |
| | 1011512005 | 08:14:36 | 0035527090 | ISRAEL | IS | 14.18 | 0.56 | | 10115/2005 | 10:3011 | 0035527090 | ISRAEL | IS | 13.10 | 0.51 |
| | 1011912005. | 0916:21 | 6172430568 | NEWTON | MA | 10.13 | 0.40 | | 1012112005 | 09:36:33 | 0035527090 | ISRAEL | IS | 1.00 | 0.04 |
| | 10/21/2005 | 09:3751 | 0035527090 | ISRAEL | IS | 23.32 | 0.92 | | 10121/2005 | 10:01:51 | 0035527090 | 46RAEL | IS | 13.12 | 0.51 |
| | 10/2512005 | 0857:39 | 6175105958 | BOSTON | MA | 20.17 | 0.79 | | 10/2612005 | 07:54:24 | 0035527090 | ISRAEL | IS | 13.18 | 0.52 |
| | 10/26/2005 | 08:08:12 | 0019251130 | AUSTRIA | AS | 1.01 | 0.05 | - | 10129/2005 | 08:01:39 | 0089471266 | ISRAEL | IS | 23.08 | 0.90 |
| | 10/29/2005 | 08:25:39 | 0089471266 | ISRAEL | IS | -8,18 | 0.32 | | 1013112005 | 08:13:48 | 0433224132 | UKRAINE | U0 | 13.43 | 122 |

CALLS SUMMARY

| number | charge | min |
|---|---|---|
| 2489604452 | $9.47 | 175.36 |