# EXHIBIT 2

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 3458442

Account #: 0151738
Name: GREGORY MANASHER
Phone #: (248) 483-7871
Billing cycle: Dec-20-2005 thru Jan-12-2006

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $33.60 | $33.60 | $0.00 | $0.00 | $0.47 | $0.00 | $15.90 |

**Preferred Customer Plan* [PCP]**
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $13.75 |
| Carrier Charges | $0.62 |
| FCC Line Charges | $0.22 |
| Federal Taxes | $0.28 |
| State Taxes | $0.55 |
| Universal Services | $0.95 |
| **TOTAL Current Charges** | $16.37 |
| Automatic credit | ($0.47) CR |
| Applied referal discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $33.60 |
| Payment - thank you (Dec-30-05) | ($33.60) CR |
| Credit | $0.00 CR |
| **TOTAL Amount Due** | $15.90 |

*"Automatic Credit" section includes all international calls under one minute, when applicable.

If you refer your friends and family to us, and they call us directly at (800) 766-2642 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release a transfer or allow a switch of your service to another carrier without your expressed written or verbal permission.

Are you looking for work? NECC is seeking people who are fluent in Punjabi, Farsi, and Tamil for our telemarketing department in South Florida. Please e-mail your resume to roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

| account | invoice # | billing date | due date | payment due immediately | amount due date after Feb-04-2006 | amount enclosed |
|---|---|---|---|---|---|---|
| 0151738 | 3458442 | 13-Jan-06 | upon receipt | $15.90 | $21.13 | |

**To change your mailing address please fill in below**

A $20 service fee will be applied to your account for any uncovered check.
In case of a late payment, a $4.99 recurring fee will be applied to your account.

To
GREGORY MANASHER
25631 GREENFIELD RD AP 203
SOUTHFIELD MI 48075

To
NECC TELECOM Inc
PO BOX 802808
CHICAGO IL, 60680-2808

Do not write below this line

0015173803458442000015900000021135

CONFIDENTIAL

NECC001777

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 3458442

| Previous Billing Cycle Payment Activity Description | | |
|---|---|---|
| Date | Amount | Description |
| 30-Dec-05 | 33.60 | Payment |
| **Total:** | 33.60 | |

**Standard Customer Plan* [SCP]**
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $68.75 |
| Carrier Charges | $0.62 |
| FCC Line Charges | $1.10 |
| Federal Taxes | $1.40 |
| State Taxes | $2.75 |
| Universal Services | $4.75 |
| **TOTAL Current Charges** | **$79.37** |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

**1. Recurring Fee**
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

**2. Referral Discount 5%**
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

**3. "Preferred Customer Plan"* PCP, "Standard Customer Plan"* SCP**
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

**4. Rates**
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

**5. Agreement (Disclosure and Liabilities)**
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.

CONFIDENTIAL

NECC001778

# NECC

INVOICE # 3458442

**DETAILS FOR INVOICE** 3458442

## CALLS

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| number 2484837871 | | | | | | | | | | | | | | |
| automatic credit - less than 1 min calls | | | | | | | | | | | | | | |
| 12/28/2005 | 07:33:51 | 0017231623 | AZERBAIJAN | RU | 0.48 | 0.18 AC | | 12/29/2005 | 12:03:57 | 0017231673 | AZERBAIJAN | RU | 0.36 | 0.14 AC |
| 1/1/2006 | 10:23:27 | 8453764696 | RUSSIA | RU | 0.42 | 0.03 AC | | 1/1/2006 | 10:28:48 | 8453764696 | RUSSIA | RU | 0.48 | 0.04 AC |
| 1/1/2006 | 11:06:30 | 8452649981 | RUSSIA | RU | 0.51 | 0.04 AC | | | | | | | | |
| regular plan | | | | | | | | 12/20/2005 | 07:24:21 | 0089230984 | ISRAEL | IS | 15.44 | 0.61 |
| 12/22/2005 | 14:52:48 | 2484577000 | TROY | MI | 12.28 | 0.75 | | 12/26/2005 | 17:31:15 | 3132771050 | DETROIT | MI | 2.13 | 0.13 |
| 12/28/2005 | 07:35:06 | 0017231623 | AZERBAIJAN | RU | 7.00 | 1.60 | | 12/28/2005 | 07:42:36 | 0953996898 | RUSSIA | RU | 1.52 | 0.05 |
| 12/28/2005 | 16:54:54 | 2488949044 | PONTIAC | MI | 1.52 | 0.11 | | 12/29/2005 | 12:04:42 | 0017231673 | AZERBAIJAN | RU | 13.48 | 3.16 |
| 1/1/2006 | 10:24:33 | 8453764696 | RUSSIA | RU | 1.22 | 0.07 | | 1/1/2006 | 10:27:36 | 9053274044 | RUSSI CELL | RU | 1.11 | 0.17 |
| 1/1/2006 | 10:30:00 | 8453764696 | RUSSIA | RU | 1.22 | 0.07 | | 1/1/2006 | 10:33:06 | 8453764696 | RUSSIA | RU | 1.01 | 0.05 |
| 1/1/2006 | 10:38:09 | 0048746342 | ISRAEL | IS | 6.18 | 0.25 | | 1/1/2006 | 10:44:57 | 0089233643 | ISRAEL | IS | 3.54 | 0.15 |
| 1/1/2006 | 10:49:21 | 0089230984 | ISRAEL | IS | 14.30 | 0.57 | | 1/1/2006 | 11:04:21 | 8452649981 | RUSSIA | RU | 1.22 | 0.07 |
| 1/1/2006 | 11:08:27 | 8453572585 | RUSSIA | RU | 1.01 | 0.05 | | 1/1/2006 | 11:09:36 | 8452376469 | RUSSIA | RU | 1.11 | 0.06 |
| 1/1/2006 | 11:25:30 | 8453572585 | RUSSIA | RU | 1.11 | 0.06 | | 1/1/2006 | 11:26:54 | 8452357258 | RUSSIA | RU | 1.01 | 0.05 |
| 1/1/2006 | 16:54:18 | 7182661164 | BROOKLYN | NY | 9.30 | 0.37 | | 1/1/2006 | 17:04:18 | 7188748426 | NEW YORK | NY | 7.17 | 0.28 |
| 1/1/2006 | 17:15:24 | 7184375394 | BROOKLYN | NY | 1.52 | 0.07 | | 1/2/2006 | 19:38:27 | 8106327285 | HARTLAND | MI | 38.31 | 2.31 |
| 1/9/2006 | 07:39:54 | 0048746342 | ISRAEL | IS | 2.36 | 0.10 | | 1/9/2006 | 07:43:00 | 0544415131 | ISRAE CELL | IS | 1.42 | 0.29 |

## CALLS SUMMARY

| number | charge | min |
|---|---|---|
| 2484837871 | $13.75 | 155.57 |

CONFIDENTIAL

NECC001779