# EXHIBIT 7

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 2926124

Account #: 0124714  
Name: FRIDA SIROTA  
Phone #: (248) 960-4452  
Billing cycle: Oct-09-2005 thru Nov-01-2005

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referel discount | total amount due |
|---|---|---|---|---|---|---|
| $14.19 | $14.19 | $1.99 | $0.00 | $0.15 | $0.00 | $21.32 |

**Preferred Customer Plan* [PCP]**  
**Current Charges**

| | |
|---|---|
| Recurring Fee | $4.99 |
| Late Payment Charge | $0.03 |
| Service Charges | $9.47 |
| Carrier Charges | $2.89 |
| FCC Line Charges | $0.23 |
| Federal Taxes | $0.29 |
| State Taxes | $0.58 |
| Universal Services | $1.00 |
| **TOTAL Current Charges** | $19.48 |
| Automatic credit | ($0.15) CR |
| Applied referel discount | $0.00 CR |
| Other Fees | $1.99 |
| Previous Balance | $14.19 |
| Payment - thank you | ($14.19) CR |
| Credit | $0.00 CR |
| **TOTAL Amount Due** | $21.32 |

* "Automatic Credit" section includes all international calls under one minute, when applicable.

If you refer your friends and family to us, and they call us directly at (866) 478-7742 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release a transfer or allow a switch of your service to another carrier without your expressed written or verbal permission.

Are you looking for work? NECC is seeking people who are fluent in Punjabi, Farsi, and Tamil for our telemarketing department in South Florida. Please e-mail your resume to roberta.brown@necc.us

---

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

| account | invoice # | billing date | due date | payment due immediately | amount due date after Nov-24-2005 | amount enclosed |
|---|---|---|---|---|---|---|
| 0124714 | 2926124 | 2-Nov-05 | upon receipt | $21.32 | $26.63 | |

**To change your mailing address please fill in below**

A $20 service fee will be applied to your account for any uncovered check.  
In case of a late payment, a $4.99 recurring fee will be applied to your account.

To  
FRIDA SIROTA  
2595 KINGSTOWN  
COMMERCE MI 48390

To  
NECC TELECOM Inc  
PO BOX 802808  
CHICAGO IL, 60680-2808

Do not write below this line

0012471402926124000213200002bb34

CONFIDENTIAL

NECC001832

# NECC

| Previous Billing Cycle Payment Activity Description | | |
|---|---|---|
| Date | Amount | Description |
| 24-Oct-05 | $14.19 | Payment |
| Total: | 14.19 | |

| Other Fees Description | | |
|---|---|---|
| Date | Amount | Description |
| 2-Nov-05 | 1.99 | Processing fee |
| Total: | $1.99 | |

| Recurring Fees Description | | |
|---|---|---|
| BTN | Amount | Description |
| | $4.99 | Late Payment |
| Total: | $4.99 | |

**Standard Customer Plan* [SCP]**
Current Charges

| | |
|---|---|
| Recurring Fee | $4.99 |
| Service Charges | $94.70 |
| Carrier Charges | $2.89 |
| FCC Line Charges | $2.30 |
| Federal Taxes | $2.90 |
| State Taxes | $5.80 |
| Universal Services | $10.00 |
| **TOTAL Current Charges** | **$123.58** |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan"* PCP, "Standard Customer Plan"* SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities)
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.

CONFIDENTIAL

NECC001833

# NECC

INVOICE #  2926124

## DETAILS FOR INVOICE 2926124

### CALLS

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|------|------|------|------|----|-----|------|---|------|------|------|------|----|-----|------|

**number** 2489604452

**automatic credit - less than 1 min calls**

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|------|------|----|------|----|-----|------|---|------|------|----|------|----|-----|------|
| 10/10/2005 | 07:59:48 | 0089471266 | ISRAEL | IS | 0.30 | 0.02 AC | | 10/29/2005 | 08:00:48 | 0089471266 | ISRAEL | IS | 0.36 | 0.02 AC |
| 10/30/2005 | 10:30:09 | 0433224132 | UKRAINE | U0 | 0.48 | 0.07 AC | | | | | | | | |

**regular plan**

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|------|------|----|------|----|-----|------|---|------|------|----|------|----|-----|------|
| | | | | | | | | 10/10/2005 | 08:01:51 | 0089471266 | ISRAEL | IS | 9.06 | 0.35 |
| 10/13/2005 | 10:44:33 | 2163973182 | CLEVELAND | OH | 8.41 | 0.34 | | 10/13/2005 | 12:26:57 | 6172430568 | NEWTON | MA | 0.31 | 0.02 |
| 10/15/2005 | 08:14:36 | 0035527090 | ISRAEL | IS | 14.18 | 0.56 | | 10/15/2005 | 10:30:51 | 0035527090 | ISRAEL | IS | 13.10 | 0.51 |
| 10/19/2005 | 09:16:21 | 6172430568 | NEWTON | MA | 10.13 | 0.40 | | 10/21/2005 | 09:36:33 | 0035527090 | ISRAEL | IS | 1.00 | 0.04 |
| 10/21/2005 | 09:37:51 | 0035527090 | ISRAEL | IS | 23.32 | 0.92 | | 10/21/2005 | 10:01:51 | 0035527090 | ISRAEL | IS | 13.12 | 0.51 |
| 10/25/2005 | 08:57:39 | 6175105958 | BOSTON | MA | 20.17 | 0.79 | | 10/26/2005 | 07:54:24 | 0035527090 | ISRAEL | IS | 13.18 | 0.52 |
| 10/26/2005 | 08:08:12 | 0019251130 | AUSTRIA | AS | 1.01 | 0.05 | | 10/29/2005 | 08:01:39 | 0089471266 | ISRAEL | IS | 23.08 | 0.90 |
| 10/29/2005 | 08:25:39 | 0089471266 | ISRAEL | IS | 8.18 | 0.32 | | 10/31/2005 | 08:13:48 | 0433224132 | UKRAINE | U0 | 13.43 | 1.22 |

### CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2489604452 | $9.47 | 175.36 |

CONFIDENTIAL

NECC001834

CONFIDENTIAL

NECC001835

billing inquiries: 1 800 766 2642
russian community: (866) 478-7742
www.necc.us

# NECC

INVOICE # 3080789

Account #: 0124714
Name: FRIDA SIROTA

Phone #: (248) 960-4452
Billing cycle: Nov-02-2005 thru Nov-25-2005

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $21.32 | $21.32 | $1.99 | 0.00 | $0.03 | $0.00 | $28.34 |

**Preferred Customer Plan* [PCP]**
Current Charges

| | |
|---|---|
| Recurring Fee | $4.99 |
| Late Payment Charge | $0.03 |
| Service Charges | $15.36 |
| Carrier Charges | $3.05 |
| FCC Line Charges | $0.33 |
| Federal Taxes | $0.41 |
| State Taxes | $0.81 |
| Universal Services | $1.40 |
| **TOTAL Current Charges** | **$26.38** |
| Automatic credit | ($0.03) CR |
| Applied referal discount | $0.00 CR |
| Other Fees | $1.99 |
| Previous Balance | $21.32 |
| Payment - thank you (Nov-17-05) | ($21.32) CR |
| Credit | $0.00 CR |
| **TOTAL Amount Due** | **$28.34** |

*"Automatic Credit" section includes all international calls under one minute, when applicable.

If you refer your friends and family to us, and they call us directly at (866) 478-7742 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release a transfer or allow a switch of your service to another carrier without your expressed written or verbal permission.

Are you looking for work? NECC is seeking people who are fluent in Punjabi, Farsi, and Tamil for our telemarketing department in South Florida. Please e-mail your resume to roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

| account | invoice # | billing date | due date | payment due immediately | amount due date after Dec-18-2005 | amount enclosed |
|---|---|---|---|---|---|---|
| 0124714 | 3080789 | 26-Nov-05 | upon receipt | $28.34 | $33.75 | |

To change your mailing address please fill in below

A $20 service fee will be applied to your account for any uncovered check.
In case of a late payment, a $4.99 recurring fee will be applied to your account.

To
FRIDA SIROTA
2595 KINGSTOWN
COMMERCE MI 48390

To
NECC TELECOM Inc
PO BOX 802808
CHICAGO IL, 60680-2808

Do not write below this line

0012471403080789000028340000337755

CONFIDENTIAL

NECC001836

# NECC

INVOICE # 3080789

| Previous Billing Cycle Payment Activity Description |||
|---|---|---|
| Date | Amount | Description |
| 17-Nov-05 | 21.32 | Payment |
| Total: | 21.32 | |

| Other Fees Description |||
|---|---|---|
| Date | Amount | Description |
| 26-Nov-05 | 1.99 | Shipping & handling fee |
| Total: | $1.99 | |

| Recurring Fees Description |||
|---|---|---|
| BTN | Amount | Description |
| | $4.99 | Late Payment |
| Total: | $4.99 | |

**Standard Customer Plan* [SCP]**
Current Charges

| | |
|---|---|
| Recurring Fee | $4.99 |
| Service Charges | $76.80 |
| Carrier Charges | $3.05 |
| FCC Line Charges | $1.65 |
| Federal Taxes | $2.05 |
| State Taxes | $4.05 |
| Universal Services | $7.00 |
| **TOTAL Current Charges** | **$99.59** |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan"* PCP, "Standard Customer Plan"* SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities)
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.

CONFIDENTIAL

NECC001837

billing inquiries: 1 800 766 2642
russian community: (866) 478-7742
www.necc.us

# NECC

INVOICE # 3080789

**DETAILS FOR INVOICE**  3080789

## CALLS

| date | time | to | city | st | dur | cost |
|---|---|---|---|---|---|---|
| number 2489604452 | | | | | | |
| automatic credit - less than 1 min calls | | | | | | |
| 11/20/2005 | 09:10:42 | 0035527090 | ISRAEL | IS | 0.30 | 0.02 AC |
| regular plan | | | | | | |
| 11/2/2005 | 08:22:06 | 6172430568 | NEWTON | MA | 11.42 | 0.46 |
| 11/3/2005 | 18:53:15 | 9172132170 | NY ZONE 1 | NY | 0.20 | 0.01 |
| 11/5/2005 | 13:00:12 | 0035527090 | ISRAEL | IS | 29.53 | 1.17 |
| 11/9/2005 | 08:52:51 | 0035527090 | ISRAEL | IS | 15.24 | 0.60 |
| 11/10/2005 | 16:23:57 | 6172430568 | NEWTON | MA | 10.38 | 0.41 |
| 11/14/2005 | 19:49:36 | 6172430568 | NEWTON | MA | 7.21 | 0.29 |
| 11/15/2005 | 17:13:39 | 6172430568 | NEWTON | MA | 5.51 | 0.23 |
| 11/18/2005 | 06:45:15 | 0035527090 | ISRAEL | IS | 18.43 | 0.73 |
| 11/20/2005 | 09:08:06 | 0019251130 | AUSTRIA | AS | 2.12 | 0.11 |
| 11/22/2005 | 08:04:45 | 0035527090 | ISRAEL | IS | 23.08 | 0.90 |
| 11/23/2005 | 18:31:27 | 6172430568 | NEWTON | MA | 12.36 | 0.49 |
| 11/2/2005 | 08:17:57 | 0019251130 | AUSTRIA | AS | 3.54 | 0.19 |
| 11/2/2005 | 08:34:12 | 0035527090 | ISRAEL | IS | 19.22 | 0.76 |
| 11/5/2005 | 11:41:21 | 0035527090 | ISRAEL | IS | 1.52 | 0.07 |
| 11/9/2005 | 08:39:51 | 0035527090 | ISRAEL | IS | 12.28 | 0.49 |
| 11/9/2005 | 18:26:12 | 6172430568 | NEWTON | MA | 32.53 | 1.28 |
| 11/14/2005 | 08:28:39 | 0035527090 | ISRAEL | IS | 12.44 | 0.50 |
| 11/14/2005 | 19:57:36 | 6172430568 | NEWTON | MA | 12.54 | 0.50 |
| 11/16/2005 | 19:10:21 | 6172430568 | NEWTON | MA | 2.23 | 0.09 |
| 11/19/2005 | 10:24:06 | 0433224132 | UKRAINE | U0 | 8.24 | 0.75 |
| 11/20/2005 | 09:11:24 | 2163973182 | CLEVELAND | OH | 26.38 | 1.04 |
| 11/23/2005 | 18:14:27 | 6172430568 | NEWTON | MA | 16.15 | 0.63 |
| 11/25/2005 | 09:43:15 | 0035527090 | ISRAEL | IS | 13.39 | 0.53 |

## CALLS SUMMARY

| number | charge | min |
|---|---|---|
| 2489604452 | $15.36 | 301.76 |

CONFIDENTIAL

NECC001838

CONFIDENTIAL

NECC001839

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 3259129

Account #: 0124714
Name: FRIDA SIROTA

Phone #: (248) 960-4452
Billing cycle: Nov-26-2005 thru Dec-19-2005

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referral discount | total amount due |
|---|---|---|---|---|---|---|
| $28.34 | $28.34 | $1.99 | $9.98 | $0.00 | $0.00 | $(2.16) |

**Preferred Customer Plan\* [PCP]**
Current Charges

* "Automatic Credit" section includes all international calls under one minute, when applicable.

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $3.77 |
| Carrier Charges | $1.51 |
| FCC Line Charges | $0.06 |
| Federal Taxes | $0.08 |
| State Taxes | $0.15 |
| Universal Services | $0.26 |
| **TOTAL Current Charges** | $5.83 |
| Automatic credit | $0.00 CR |
| Applied referal discount | $0.00 CR |
| Other Fees | $1.99 |
| Previous Balance | $28.34 |
| Payment - thank you (Dec-12-05) | ($28.34) CR |
| Credit | ($9.98) CR |
| **TOTAL Amount Due** | $(2.16) |

If you refer your friends and family to us, and they call us directly at (866) 478-7742 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release a transfer or allow a switch of your service to another carrier without your expressed written or verbal permission.

Are you looking for work? NECC is seeking people who are fluent in Punjabi, Farsi, and Tamil for our telemarketing department in South Florida. Please e-mail your resume to roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

| account | invoice # | billing date | due date | payment due immediately | amount due date after Jan-11-2006 | amount enclosed |
|---|---|---|---|---|---|---|
| 0124714 | 3259129 | 20-Dec-05 | upon receipt | $(2.16) | $(2.16) | |

**To change your mailing address please fill in below**

A $20 service fee will be applied to your account for any uncovered check.
In case of a late payment, a $4.99 recurring fee will be applied to your account.

To
FRIDA SIROTA
2595 KINGSTOWN
COMMERCE MI 48390

To
NECC TELECOM Inc
PO BOX 667530
POMPANO FL, 33066-7530

Do not write below this line

0124714000216028

NECC001840

CONFIDENTIAL

# NECC

INVOICE # 3259129

| Previous Billing Cycle Payment Activity Description | | |
|---|---|---|
| Date | Amount | Description |
| 12-Dec-05 | 28.34 | Payment |
| **Total:** | 28.34 | |

| Other Fees Description | | |
|---|---|---|
| Date | Amount | Description |
| 20-Dec-05 | 1.99 | Processing fee |
| **Total:** | $1.99 | |

Standard Customer Plan* [SCP]
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $18.85 |
| Carrier Charges | $1.51 |
| FCC Line Charges | $0.30 |
| Federal Taxes | $0.40 |
| State Taxes | $0.75 |
| Universal Services | $1.30 |
| **TOTAL Current Charges** | **$23.11** |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan"* PCP, "Standard Customer Plan"* SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities)
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.

CONFIDENTIAL

NECC001841

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 3259129

DETAILS FOR INVOICE    3259129

## CALLS

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| number 2489604452 | | | | | | | | | | | | | | |
| regular plan | | | | | | | | | | | | | | |
| 11/27/2005 | 12:10:06 | 0433224132 | UKRAINE | U0 | 8.36 | 0.77 | | 11/27/2005 | 12:19:12 | 0035527090 | ISRAEL | IS | 4.35 | 0.18 |
| 12/3/2005 | 08:30:54 | 0035527090 | ISRAEL | IS | 21.30 | 0.84 | | 12/3/2005 | 08:52:54 | 0433224132 | UKRAINE | U0 | 10.55 | 0.97 |
| 12/5/2005 | 19:07:57 | 6172430568 | NEWTON | MA | 7.08 | 0.28 | | | | | | | | |

## CALLS SUMMARY

| number | charge | min |
|---|---|---|
| 2489604452 | $3.77 | 52.75 |

CONFIDENTIAL

NECC001842