GREGORY MANASHER

| Invoice Number | Dates of Invoice | Service Charges | | Difference |
|---|---|---|---|---|
| 2467543 | 7/29/05 thru 8/21/05 | Charges:<br>Detail: | $25.39<br>$22.71 | $2.68 |
| 2607672 | 8/22/05 thru 9/14/05 | Charges:<br>Detail: | $44.08<br>$40.61 | $3.47 |
| 2756094 | 9/15/05 thru 10/8/05 | Charges:<br>Detail: | $26.97<br>$24.04 | $2.93 |
| 2932394 | 10/9/05 thru 11/1/05 | Charges:<br>Detail: | $23.81<br>$19.53 | $4.28 |
| 3086824 | 11/2/05 thru 11/25/05 | Charges:<br>Detail: | $26.93<br>$22.85 | $4.08 |
| 3273296 | 11/26/05 thru 12/19/05 | Charges:<br>Detail: | $28.62<br>$24.92 | $3.70 |
| 3458442 | 12/20/05 thru 1/12/06 | Charges:<br>Detail: | $13.75<br>$11.45 | $2.30 |
| 3663412 | 1/13/06 thru 2/5/06 | Charges:<br>Detail: | $17.45<br>$16.59 | $0.86 |
| 3880716 | 2/6/05 thru 3/1/06 | Charges:<br>Detail: | $23.60<br>$23.49 | $0.11 |
| 4052377 | 3/2/06 thru 3/25/06 | Charges:<br>Detail: | $12.37<br>$12.24 | $0.13 |

# NECC

INVOICE # 2756094

| Account #: | 0151738 | Phone #: | (248) 483-7871 |
| Name: | GREGORY MANASHER | Billing cycle: | Sep-15-2005 thru Oct-08-2005 |

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $31.27 | $36.73 | $0.00 | $0.00 | $0.32 | $0.00 | $29.15 |

"Automatic Credit" section includes all international calls under one minute, when applicable.

Preferred Customer Plan* [PCP]
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $26.97 |
| -- Carrier Charges | $4.05 |
| +^ FCC Line Charges | $0.43 |
| I~ Federal Taxes | $0.54 |
| C. State Taxes | $1.08 |
| Universal Services | $1.86 |
| TOTAL Current Charges | $34.93 |
| Automatic credit | ($0.32) CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $31.27 |
| Payment -thank you | ($36.73) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $29.15 |

If you refer your friends and family to us, and choose their long distance

For our protection against slarnming,

Are you looking for work? NECC is

# NECC

INVOICE # 2756094

| Previous | Billing | Cycle | Payment | Activity | Description |

| Date | Amount | Description |
|---|---|---|
| 4-Oct-05 | 36.73 | Payment |
| Total: | 36.73 | |

Standard Customer Plan* [SCP]

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $269.70 |
| Carrier Charges | $4.05 |
| FCC Line Charges | $4.30 |
| Federal Taxes | $5.40 |
| State Taxes | $10.80 |
| Universal Services | $18.60 |
| TOTAL Current Charges | $312.85 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee

Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%

You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount You will receive even up to eliminating your regular monthly phone bill.

3. "Preferred Customer Plan PCP, "Standard Customer Plan SCP

Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles You will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate onto view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates

NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement Disclosure and Liabilities)

NECC s Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

DETAILS FOR INVOICE          2756094

## CALLS

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|------|------|-----|------|-----|-----|------|---|------|------|-----|------|-----|-----|------|
| number | 2484837871 | | | | | | | | | | | | | |
| automatic credit - less than 1 min calls | | | | | | | | | | | | | | |
| 9/18/2005 | 09:42:39 | 0089253702 | ISRAEL | IS | 0.30 | 0.02 AC | | 9/25/2005 | 09:53:06 | 0089253702 | ISRAEL | IS | 0.48 | 0.03 AC |
| 9/25/2005 | 09:54:03 | 0089253702 | ISRAEL | IS | 0.36 | 0.02 AC | | 9/25/2005 | 10:50:42 | 0017231299 | AZERBAIJAN | RU | 0.42 | 0.16 AC |
| 10/1/2005 | 08:13:27 | 0089233643 | ISRAEL | IS | 0.54 | 0.04 AC | | | | | | | | |
| regular plan | | | | | | | | 9/17/2005 | 11:02:54 | 0089253702 | ISRAEL | IS | 12.24 | 0.48 |
| 9/17/2005 | 11:15:45 | 0089253702 | ISRAEL | IS | 1.42 | 0.07 | | 9/17/2005 | 12:00:54 | 0089253702 | ISRAEL | IS | 1.01 | 0.04 |
| 9/17/2005 | 12:02:03 | 0089253702 | ISRAEL | IS | 1.42 | 0.07 | | 9/17/2005 | 12:04:03 | 0089253702 | ISRAEL | IS | 6.36 | 0.25 |
| 9/18/2005 | 09:43:21 | 0089253702 | ISRAEL | IS | 1.52 | 0.07 | | 9/18/2005 | 10:05:06 | 0542076763 | ISR CELL | IS | 21.58 | 3.71 |
| 9/20/2005 | 07:37:21 | 0089253702 | ISRAEL | IS | 7.30 | 0.29 | | 9/20/2005 | 07:45:21 | 0089253702 | ISRAEL | IS | 5.48 | 0.23 |
| 9/21/2005 | 07:37:24 | 0089253702 | ISRAEL | IS | 3.14 | 0.13 | | 9/22/2005 | 07:34:12 | 0089253702 | ISRAEL | IS | 6.00 | 0.23 |
| 9/23/2005 | 07:33:54 | 0089253702 | ISRAEL | IS | 1.32 | 0.06 | | 9/23/2005 | 07:35:54 | 0089253702 | ISRAEL | IS | 6.36 | 0.26 |
| 9/24/2005 | 09:46:15 | 0089253702 | ISRAEL | IS | 9.30 | 0.37 | | 9/24/2005 | 09:56:15 | 0089253702 | ISRAEL | IS | 1.52 | 0.07 |
| 9/24/2005 | 10:15:42 | 0089253702 | ISRAEL | IS | 7.17 | 0.28 | | 9/24/2005 | 10:23:42 | 0089253702 | ISRAEL | IS | 6.24 | 0.25 |
| 9/25/2005 | 09:48:51 | 0089233643 | ISRAEL | IS | 3.54 | 0.15 | | 9/25/2005 | 09:55:00 | 0089253702 | ISRAEL | IS | 11.12 | 0.44 |
| 9/25/2005 | 10:07:00 | 0089253702 | ISRAEL | IS | 5.30 | 0.21 | | 9/25/2005 | 10:44:39 | 0017231299 | AZERBAIJAN | RU | 1.01 | 0.23 |
| 9125/2005 | 10:57:45 | 0017231299 | AZERBAIJAN | RU | 31.26 | 7.20 | | 9/25/2005 | 12:05:27 | 0089253702 | ISRAEL | IS | 3.14 | 0.13 |
| 9/25/2005 | 13:16:27 | 0089253702 | ISRAEL | IS | 4.48 | 0.19 | | 9/25/2005 | 07:36:03 | 0089253702 | ISRAEL | IS | 7.34 | 0.29 |
| 9/27/2005 | 07:44:03 | 0089253702 | ISRAEL | IS | 6.30 | 0.25 | | 9/29/2005 | 07:51:51 | 0017231623 | AZERBAIJAN | RU | 8.30 | 1.95 |
| 9/29/2005 | 08:01:18 | 0017231673 | AZERBAIJAN | RU | 8.07 | 1.86 | | 9/30/2005 | 11:18:12 | 0089233643 | ISRAEL | IS | 2.30 | 0.10 |
| 9/30/2005 | 11:20:54 | 0089253702 | ISRAEL | IS | 8.58 | 0.35 | | 9/30/2005 | 12:48:12 | 2486808882 | TROY | MI | 3.54 | 0.23 |
| 9/30/2005 | 12:52:36 | 2486808882 | TROY | MI | 0.42 | 0.04 | | 9/30/2005 | 12:53:36 | 2486808882 | TROY | MI | 1.11 | 0.07 |
| 9/30/2005 | 12:57:24 | 2486808882 | TROY | MI | 1.01 | 0.06 | | 9/30/2005 | 21:37:57 | 2487095142 | TROY | MI | 3.24 | 0.20 |
| 10/1/2005 | 08:11:03 | 0089253702 | ISRAEL | IS | 1.00 | 0.04 | | 10/1/2005 | 08:14:30 | 0089233643 | ISRAEL | IS | 8.07 | 0.32 |
| :101112005 | 08:22:48 | 0048746342 | ISRAEL | IS | 1.36 | 0.06 | | 10112005 | 08:23:45 | :0048746342 | ISRAEL | | 1.11 | 0.06 |
| 1O1/2005 | 08: : | 8746342 | ISRAEL | | 1.42 | 0( 7 | | 101112005 | 09:01:57 | 0048746342 | ISRAEL | | 1.88 | 8.00 |
| 10/12006 | | 0048.746342 | IS  L | | 6:40 | 3.23 | | 10/3/20 | 96 | 87 | 2 | ISRAEL | | 0.0 |
| 11!x 005 | 10` 15 | 0048746342 | ISRAEL | E | | | | 10/112005 | 15:17:27 | 0048746342 | ISRAEL | IS | 7.55 | 05 |
| 10/11/005 | 20:00:18 | 2489.268522 | WALLEDLAKS | M | 0.41 | 0.04 | | 1.01112005 | 4007:30 | 24885281 | A URNH | | 1.11 | 0.07 |
| 1015/2005. | .16:51:30 | 9733681425. | NEWARK | U | 0.41 | 0.03 | | 10/5/2005 | 16:52:21 | 9733681425 | NEWARK | U | 0.41 | .08 |
| 10/8/2005 | 11:54:00 | 0048746342 | ISRAEL | E | 9.23 | 0.37 | | 10/8/2005 | 12:05:45 | 0089253702 | ISRAEL | E | 16.38 | 0.6 |
| 10/8/2005 | 12:22:45 | 0089253702 | ISRAEL | U | 6.54 | 0.27 | | | | | | | | |

## CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2484837871 | $26.97 | 293.90 |

*1307*



# NECC

INVOICE # 2932394

Account #:  0151738
Name:   GREGORY MANASHER

Phone #:   (248) 483·7871
Billing cycle:   Oct-09·2005 thru Nov-01·2005

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referel discount | total amount due |
|---|---|---|---|---|---|---|
| $29.15 | $29.15 | $1.99 | $0.00 | $0.57 | $0.00 | $38.75 |

Preferred Customer Plan* [PCP]
Current Charges

\* "Automatic Credit" section includes all international calls under one minute, when applicable.

| | |
|---|---|
| Recurring Fee | $4.99 |
| Late Payment Charge | $0.03 |
| Service Charges | $23.81 |
| Carrier Charges | $4.32 |
| FCC Line Charges | $0.46 |
| Federal Taxes | $0.58 |
| State Taxes | $1.15 |
| Universal Services | $1.99 |
| TOTAL Current Charges | $37.33 |
| Automatic credit | ($0.57) CR |
| Applied referel discount | $0.00 CR |
| Other Fees | $1.99 |
| Previous Balance | $29.15 |
| Payment - thank you | ($29.15) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $38.75 |

If you refer your friends and family to us, and they call us directly at (800) 766-2642 e T h g will not transfer, release a trans eroY'a !ow distance company, YOU will receive a a switch of your service to another carrier discount equal with 5% from every paid bill without your expressed written or verbal_ e of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. permission.

Are you looking for work? NECC is seeking people who are fluent in Pun abi, arse, and TamiT for our telemarketing department in South Florida. Please m a i l your resume to roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

IJIIIIIy IIII~UIIIC~. I UVV i vv GV-►c.
**www.necc.us**

C

INVOICE # 3086824

| | | | |
|---|---|---|---|
| Account #: | 0151738 | Phone #: | (248) 483-7871 |
| Name: | GREGORY MANASHER | Billing cycle: | Nov-02-2005 thru Nov-25-2005 |

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referel discount ᵢ | total amount due |
|---|---|---|---|---|---|---|
| $38.75 _ | $38.75 ᵢ | $1.99 | $8.69 | $0.57 | $0.00 | $24.65 |

ᵗ "Automatic Credit" section includes all international calls under one minute, when applicable.

Preferred Customer Plan* [PCP]
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $26.93 |
| Career Charges | $1.08 |
| FCC Line Charges | $0.43 |
| Federal Taxes | $0.54 |
| State Taxes | $1.08 |
| Universal Services | $1.86 |
| TOTAL Current Charges | $31.92 |
| Automatic credit | ($0.57) CR |
| Applied referel discount | $0.00 CR |
| Other Fees | $1.99 |
| Previous Balance | $38.75 |
| Payment - thank you (Nov-18-05) | ($38.75) CR |
| Credit | ($8.69) CR |
| TOTAL Amount Due | $24.65 |

If you refer your friends and family to us, and they call us directly at (800) 766-2642 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not release a transfer or allow a switch of your service to another carrier without your expressed written or verbal permission.

Are you looking for work? NECC is seeking people who are fluent in Punjabi, Farsi, and Tamil for our telemarketing department in South Florida. Please e-mail your resume to roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

billing inquiries: ouu · uu
www.necc.us

# NECC

**EPrevious Billing Cycle Payment Activity Description**

| Date | Amount | Description |
|------|--------|-------------|
| 18-Nov-05 | 38.75 | Payment |
| Total: | 38.75 | |

**Other Fees Description**

| Date | Amount | Description |
|------|--------|-------------|
| 26-Nov-05 | 1.99 | Processing fee |
| Total: | $1.99 | |

**Standard Customer Plan\* [SCP]**
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $134.65 |
| Carrier Charges | $1.08 |
| FCC Line Charges | $2.15 |
| Federal Taxes | $2.70 |
| State Taxes | $5.40 |
| Universal Services | $9.30 |
| TOTAL Current Charges | $155.28 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan"\* PCP, "Standard Customer Plan"\* SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities)
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.

billing inquiries: 1 800 766 2642
www.necc.us



INVOICE # 3086824

DETAILS FOR INVOICE     3086824

## CALLS

number   2484837871

**automatic credit - less than 1 min calls**

| date | time to | city | st | dur | cost | | | | | | |
|------|---------|------|----|-----|------|---|---|---|---|---|---|
| 11/10/2005 | 07:59:36 | 9104509777 | RUS CELL | RU | 0.30 | 0.07 AC | 11/12/2005 | 09:55:21 | 0953996898 | RUSSIA | RU | 0.54 | 0.03 AC |
| 1 1/1 2/2005 | 09:56:39 | 0951368845 | RUSSIA | RU | 0.42 | 0.02 AC | 11/14/2005 | 12:44:30 | 0953996898 | RUSSIA | RU | 0.36 | 0.02 AC |
| 1 1/1 412005 | 13:13:27 | 0953996898 | RUSSIA | RU | 0.36 | 0.02 AC | 11/14/2005 | 13:14:24 | 0953996898 | RUSSIA | RU | 0.51 | 0.02 AC |
| 111412005 | 13:43:42 | 0089233643 | ISRAEL | IS | 0.54 | 0.04 AC | 11/14/2005 | 13:45:21 | 0089233643 | ISRAEL | IS | 0.48 | 0.03 ^C |
| 1 1/1 4/2005 | 13:46:36 | 0089253702 | ISRAEL | IS | 0.36 | 0.02 AC | 11/14/2005 | 13:47:30 | 0089230984 | ISRAEL | IS | 0.42 | 0.03 AC |
| 111412005 | 13:58:27 | 0956860636 | RUSSIA | RU | 0.42 | 0.02 AC | 11/14/2005 | 13:59:36 | 9264301928 | RUS CELL | RU | 0.54 | 0.13 AC |
| 1 1/1 4/2005 | 14:01:24 | 0956860636 | RUSSIA | RU | 0.48 | 0.02 AC | | | | | | |

**regular plan**

| date | time to | city | st | dur | cost | | | | | | |
|------|---------|------|----|-----|------|---|---|---|---|---|---|
| 11/3/2005 | 13:45:57 | 0089432467 | ISRAEL | IS | 4.25 | 0.17 | 11/3/2005 | 13:23:00 | 0089432467 | ISRAEL | IS | 1.32 | 0.06 |
| 11/3/2005 | 13:57:39 | 0089253702 | ISRAEL | IS | 1.01 | 0.04 | 11/3/2005 | 13:51:12 | 0089253702 | ISRAEL | IS | 6.00 | 0.23 |
| 11/3/2005 | 14:19:18 | 0953996898 | RUSSIA | RU | 12.02 | 0.35 | 11/3/2005 | 14:14:09 | 0953552907 | RUSSIA | RU | 4.42 | 0.14 |
| 11/4/2005 | 17:58:48 | 7188748426 | NEW YORK | NY | 5.51 | 0.23 | 11/3/2005 | 14:48:27 | 2483426677 | PONTIAC | MI | 0.20 | 0.02 |
| 111712005 | 13:41:48 | 0089432467 | ISRAEL | IS | 18.48 | 0.73 | 11/7/2005 | 09:43:51 | 2484577058 | TROY | MI | 9.23 | 0.56 |
| 111712005 | 14:03:09 | 3474101871 | NEW YORK | NY | 0.10 | 0.01 | 11/7/2005 | 14:01:09 | 7188592222 | BROOKLYN | NY | 1.22 | 0.05 |
| 1 1/1 0/2005 | 07:58:12 | 0952327115 | RUSSIA | RU | 1.01 | 0.03 | 11/7/2005 | 14:04:33 | 0953996898 | RUSSIA | RU | 14.02 | 0.41 |
| 1 1/1 0/2005 | 08:02:27 | 0372553097 | UKRAINE | U0 | 2.24 | 0.31 | 11/10/2005 | 08:02:24 | 9104509777 | RUS CELL | RU | 1.06 | 0.15 |
| 1 11 1/2005 | 16:59:36 | 7038575202 | LEESBURG | VA | 2.23 | 0.09 | 11/10/2005 | 08:05:18 | 9104509777 | RUS CELL | RU | 9.56 | 1.38 |
| 11/12/2005 | 09:12:42 | 9104509777 | RUS CELL | RU | 7.18 | 1.01 | 1 1/1 1/2005 | 17:05:36 | 7038575202 | LEESBURG | VA | 1.32 | 0.06 |
| 1 1/1 2/2005 | 09:57:48 | 0017231623 | AZERBAIJAN | RU | 13.18 | 3.05 | 1 1/1 2/2005 | 09:20:09 | 9104509777 | RUS CELL | RU | 5.15 | 0.73 |
| 11/14/2005 | 12:59:39 | 0012955772 | AZERBAIJAN | RU | 4.35 | 1.05 | 1 1/1 412005 | 13:12:18 | 0953996898 | RUSSIA | RU | 1.00 | 0.03 |
| 11/14/2005 | 13:15:45 | 0953996898 | RUSSIA | RU | 19.48 | 0.57 | 11/14/2005 | 13:36:06 | 9047033566 | RUS CELL | RU | 4.25 | 0.61 |
| 111412005 | 13:41:03 | 0089253702 | ISRAEL | IS | 1.01 | 0.04 | 11/14/2005 | 13:42:15 | 0089233643 | ISRAEL | IS | 1.01 | 0.04 |
| 111412005 | 13:48:30 | 2484577058 | TROY | MI | 3.14 | 0.19 | 11/14/2005 | 14:02:39 | 0089432467 | ISRAEL | IS | 23.40 | 0.92 |
| 11/14/2005 | 14:26:39 | 0089432467 | ISRAEL | IS | 15.00 | 0.58 | 111512005 | 17:16:27 | 2489535592 | TROY | MI | 6.45 | 0.40 |
| 1 1/1 7/2005 | 13:26:39 | 0089432467 | ISRAEL | IS | 18.18 | 0.71 | 11/1712005 | 13:45:24 | 0953996898 | RUSSIA | RU | 4.48 | 0.19 |
| 11/17/2005 | 13:50:45 | 0089253702 | ISRAEL | IS | 18.04 | 0.70 | 11/2112005 | 22:17:36 | 7038575202 | LEESBURG | VA | 5.15 | 0.20 |
| 11/2112005 | 22:25:21 | 4143545249 | MILWAUKEE | WI | 0.51 | 0.03 | 11/2112005 | 22:27:48 | 2538158384 | DES MOINES | WA | 0.10 | 0.01 |
| 11/2112005 | 22:28:12 | 9163714211 | SACRAMENTO | CA | 1.32 | 0.06 | 11/21/2005 | 22:33:57 | 2063695233 | SEATTLE | WA | 0.20 | 0.01 |
| 11/2112005 | 22:35:06 | 2538158384 | DES MOINES | WA | 0.20 | 0.01 | 11/2112005 | 22:58:27 | 7038575202 | LEESBURG | VA | 4.57 | 0.19 |
| 11/2112005 | 23:03:27 | 7038575202 | LEESBURG | VA | 3.54 | 0.15 | 11/22/2005 | 19:34:06 | 7038575202 | LEESBURG | VA | 0.51 | 0.03 |
| 11/2212005 | 19:35:12 | 4137374161 | SPRINGFLD | MA | 4.05 | 0.16 | 11/2212005 | 19:39:18 | 4177810127 | JOPLIN | MO | 0.10 | 0.01 |
| 11/2212005 | 20:40:24 | 6314671917 | RONKONKOM | NY | 1.11 | 0.05 | 11/22/2005 | 20:41:48 | 4143545249 | MILWAUKEE | WI | 1.11 | 0.05 |
| 11/22/2005 | 20:44:42 | 7034555885 | ENGLESIDE | VA | 3.55 | 0.15 | 11/23/2005 | 17:34:57 | 2536391265 | KENT | WA | 0.10 | 0.01 |
| 11/2312005 | 17:36:09 | 7034555885 | ENGLESIDE | VA | 15.18 | 0.60 | 11/23/2005 | 17:44:09 | 7038575202 | LEESBURG | VA | 5.06 | 0.20 |
| 11/2312005 | 17:55:27 | 4177810127 | JOPLIN | MO | 10.48 | 0.42 | 11/23/2005 | 18:00:42 | 7038575202 | LEESBURG | VA | 5.24 | 0.21 |
| 11/2312005 | 18:06:42 | 7038575202 | LEESBURG | VA | 4.54 | 0.19 | 11/23/2005 | 20:38:06 | 9058964623 | COOKSVILLE | ON | 2.48 | 0.14 |
| 1112312005 | 20:41:27 | 9053036736 | MAPLE | ON | 1.00 | 0.05 | 11/23/2005 | 20:42:57 | 4164944184 | TORONTO | ON | 1.42 | 0.08 |
| 11/2312005 | 20:44:42 | 6782900091 | ATLANTA NW | GA | 1.52 | 0.07 | 11/23/2005 | 20:48:00 | 6516981482 | ST PAUL | MN | 6.54 | 0.27 |
| 11/2312005 | 20:54:39 | 5039813152 | WOODBURN | OR | 16.06 | 0.63 | 11/23/2005 | 21:05:21 | 7038575202 | LEESBURG | VA | 4.48 | 0.19 |
| 11/2312005 | 22:23:45 | 7038575202 | LEESBURG | VA | 1.01 | 0.04 | 11/23/2005 | 22:25:00 | 7038575202 | LEESBURG | VA | 5.42 | 0.22 |
| 11/2312005 | 22:31:00 | 7038575202 | LEESBURG | VA | 3.54 | 0.15 | 11/23/2005 | 22:48:18 | 2064438868 | SEATTLE | WA | 12.53 | 0.50 |
| 11/2412005 | 14:58:18 | 0089233643 | ISRAEL | IS | 17.02 | 0.66 | 11/2512005 | 08:35:00 | 0542076763 | ISR CELL | IS | 1.01 | 0.17 |
| 11/25/2005 | 09:31:45 | 0953600506 | RUSSIA | RU | 1.01 | 0.03 | | | | | | |

| number | charge | min |
|--------|--------|-----|
| 2484837871 | $26.93 | 405.59 |

# NECC

| Account #: 0151738 | | Phone #: | (248) 483-7871 | | |
|---|---|---|---|---|---|
| Name: | GREGORY MANASHER | Billing cycle: | Nov-26-2005 thru Dec-19-2005 | | |

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $24.65 | $24.65 | $0.00 | -"-io--oO- | $0.30 .,~ | $0.00 | $33.60 |

' "Automatic Credit" section includes all international calls under one minute, when applicable.

**Preferred Customer Plan\* [PCP]**

| Current Charges | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $28.62 |
| Carrier Charges | $1.14 |
| FCC Line Charges | $0.46 |
| Federal Taxes | $0.57 |
| State Taxes | $1.14 |
| Universal Services | $1.97 |
| TOTAL Current Charges | $33.90 |
| Automatic credit | ($0.30) CR |
| Applied referal discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $24.65 |
| Payment - thank you (Dec-13-05) | ($24.65) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $33.60 |

If you refer your friends and family to us, and they call us directly at (800) 766-2642 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at - CC Telecol Inc. will not transfer, release a transfer or allow switc e without your expressed written or verbal permission,

Are you looking for work? NECC is saek~ng your request; people wh are ~ent~~n Punjabi Farsi, and Tamil, for our telemarketing -de art .. ent in South Florida,. Please e-mail your resume to roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

# NECC

INVOICE # 3273296

| Previous | Billing Cycle | Payment | Activity | Description |
| --- | --- | --- | --- | --- |

| Date | Amount | Description |
| --- | --- | --- |
| 13-Dec-05 | 24.65 | Payment |
| Total: | 24.65 | |

Standard Customer Plan* [SCP]
Current Charges

| | |
| --- | --- |
| Recurring Fee | $0.00 |
| Service Charges | $143.10 |
| Carrier Charges | $1.14 |
| FCC Line Charges | $2.30 |
| Federal Taxes | $2.85 |
| State Taxes | $5.70 |
| Universal Services | $9.85 |
| TOTAL Current Charges | $164.94 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan"* PCP, "Standard Customer Plan"* SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities)
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.

billing inquiries: 800 766 2642
www.necc.us

# NECC

INVOICE # 3273296

DETAILS FOR INVOICE    3273296

## CALLS

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|------|------|----|------|----|----|----|---|------|------|----|------|----|----|----|
| r er 2484837871 | | | | | | | | | | | | | | |
| automatic credit - less than i min calls | | | | | | | | | | | | | | |
| 12/5/2005 | 13:02:03 | 0017231299 | AZERBAIJAN | RU | 0.36 | 0.14 AC | | 1262005 | 08:09:30 | 0542076763 | ISR CELL | IS | 0.51 | 0.14 AC |
| regular plan | | | | | | | | | | | | | | |
| 11/27/2005 | 10:51:18 | 7038575202 | LEESBURG | VA | 0.31 | 0.02 | | 1112712005 | 10:54:21 | 0048746342 | ISRAEL | IS | 23.32 | 0.92 |
| 11/27/2005 | 12:30:51 | 0089230984 | ISRAEL | IS | 22.45 | 0.89 | | 11/27/2005 | 15:03:06 | 2064438868 | SEATTLE | WA | 0.10 | 0.01 |
| 11/27/2005 | 15:04:12 | 6516981482 | ST PAUL | MN | 13.18 | 0.52 | | 11/27/2005 | 15:10:03 | 7038575202 | LEESBURG | VA | 6.00 | 0.23 |
| 1112712005 | 15:18:15 | 4166310960 | TORONTO | ON | 1.11 | 0.06 | | 11/27/2005 | 15:19:51 | 2064438868 | SEATTLE | WA | 0.10 | 0.01 |
| 1112712005 | 15:21:36 | 9053036736 | MAPLE | ON | 1.18 | 0.06 | | 1112712005 | 15:23:18 | 9058964623 | COOKSVILLE | ON | 1.11 | 0.06 |
| 11/27/2005 | 21:07:27 | 9053036736 | MAPLE | ON | 1.12 | 0.06 | | 11/2712005 | 21:09:00 | 9058964623 | COOKSVILLE | ON | 0.30 | 0.02 |
| 11/27/2005 | 21:09:42 | 2064438868 | SEATTLE | WA | 0.10 | 0.01 | | 12/1/2005 | 09:54:18 | 3135628110 | DETROIT | MI | 1.52 | 0.11 |
| 121112005 | 10:14:12 | 2484577000 | TROY | MI | 1.32 | 0.09 | | 12/112005 | 10:19:33 | 0953254112 | RUSSIA | RU | 1.01 | 0.03 |
| 121112005 | 10:20:39 | 0953254112 | RUSSIA | RU | 11.20 | 0.33 | | 1211/2005 | 12:18:06 | 0953996898 | RUSSIA | RU | 2.43 | 0.08 |
| 12/4/2005 | 09:57:54 | 0089233643 | ISRAEL | IS | 13.24 | 0.52 | | 12/4/2005 | 10:11:51 | 0017231623 | AZERBAIJAN | RU | 16.46 | 3.84 |
| 12/512005 | 13:03:00 | 0017231299 | AZERBAIJAN | RU | 1.32 | 0.35 | | 1215/2005 | 13:08:06 | 0017231299 | AZERBAIJAN | RU | 26.31 | 6.07 |
| 1215/2005 | 17:06:15 | 5869490200 | MT CLEMENS | MI | 2.54 | 0.17 | | 121512005 | 17:09:39 | 5869490200 | MT CLEMENS | MI | 2.53 | 0.17 |
| 121612005 | 08:25:48 | 0542076763 | ISR CELL | IS | 1.01 | 0.17 | | 12/6/2005 | 11:17:48 | 0089230984 | ISRAEL | IS | 36.48 | 1.44 |
| 121612005 | 11:55:03 | 0016954531 | AZERBAIJAN | RU | 2.13 | 0.51 | | 12/612005 | 11:58:24 | 0016954531 | AZERBAIJAN | RU | 4.15 | 0.97 |
| 1217/2005 | 07:46:57 | 0242168860 | GHA CELL | GH | 2.53 | 0.72 | | 12/7/2005 | 16:55:36 | 0242168860 | GHA CELL | GH | 1.01 | 0.25 |
| 1217/2005 | 16:57:00 | 0242168860 | GHA CELL | GH | 1.18 | 0.32 | | 121712005 | 16:58:33 | 0242168860 | GHA CELL | GH | 4.15 | 1.06 |
| 1218/2005 | 07:51:00 | 0951368845 | RUSSIA | RU | 2.02 | 0.06 | | 121812005 | 13:40:09 | 0089432467 | ISRAEL | IS | 12.19 | 0.48 |
| 12/912005 | 08:53:15 | 0542076763 | ISR CELL | IS | 13.18 | 2.25 | | 12/912005 | 09:07:03 | 0953600506 | RUSSIA | RU | 1.36 | 0.05 |
| 12/912005 | 09:09:12 | 0953600506 | RUSSIA | RU | 15.20 | 0.44 | | 12/112005 | 17:31:39 | 5866307865 | MT CLEMENS | MI | 1.32 | 0.09 |
| 12/114/2005 | 18:34:03 | 2483219250 | .TROY | MI | 020 | 0.02 | | 121612005 | 16:38:24 | 7342608869 | ANN ARBOR | MI | 0.20 | 0.02 |
| 12/116/2005 | 17:22:12 | 8188611140 | BRBNKBRBKD | CA | 1.32 | 0.06 | | 12/612005 | 17:24:18 | 8188611140 | BRBNKBRBKD | CA | 1.32 | |
| 1211612005 | 17:27:18 | 8188611140 | RESEDA | CA | 0.10 | 0.01 | | 121612005 | 17:27:39 | 8188611140 | AZERBAIJAN | CA | 0.24 | 0.02 |
| 12/116/2005 | 17:28:18 | 8188611140 | BRBNKBRBKD | CA | 1.22 | 0.05 | | 1211812005 | 1018:42 | 0089253702 | ISRAEL | IS | 15.59 | |
| 12/1812005 | 11:53:57 | 5869490200 | MT CLEMENS | MI | 0.31 | 0.03 | | 1211812005 | 11:54:42 | 5866307865 | MT CLEMENS | MI | 3.44 | 0.22 |
| 12118/2005 | 14:23:00 | 0006575680 | ISRAEL | IS | 1.01 | 0.04 | | 12/18/2005 | 14:25:45 | 0036575680 | ISRAEL | IS | 8.32 | 0.33 |

## CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2484837871 | $28.62 | 291.26 |



Billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 3458442



| $33.60 | $33.60 | $0.00 | $0.00 | $0.47 | $0.00 | $15.90 |

"Automatic Credit section includes all international calls under one minute, when applicable.

Current Charges
Recurring Fee                           $0.00
Late Payment Charge                     $0.00
Service Charges                         $13.75
Carrier Charges                         $0.62
FCC Line Charges                        $0.22
Federal Taxes                           $0.28
State Taxes                             $0.55
Universal Services                      $0.95
TOTAL Current Charges                   $16.37
Automatic credit                        ($0.47)   CR
Applied referal discount                $0.00     CR
Other Fees                              $0.00
Previous Balance                        $33.60
Payment - thank you (Dec-30-05)         ($33.60)  CR
Credit                                  $0.00     CR
TOTAL Amount Due                        $15.90



Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 3458442

| Previous Billing Cycle Payment Activity Description |
| --- |

| Date | Amount | Description |
| --- | --- | --- |
| 30-Dec-05 | 33.60 | Pay~nt |

Current Charges

| | |
| --- | --- |
| Recurring Fee | $0.00 |
| Service Charges | $68.75 |
| Cartier Charges | $0.62 |
| FCC Line Charges | $1.10 |
| Federal Taxes | $1.40 |
| State Taxes | $2.75 |
| Universal Services | $4.75 |
| TOTAL Current Charges | $79.37 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.



billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 3458442

## CALLS

| date | time: | to | city | st | dur., | cost |
|------|-------|----|------|----|----|------|
| 12/28/2005 | 07:33:51 | 0017231623 | AZERBAIJAN | RU | 0.48 | 0.18 AC |
| 1/112006 | 11:06:30 | 8452649981 | RUSSIA | RU | 0.51 | 0.04 AC |
| 2/22/2005 | 14:52:48 | 2484577000 | TROY | MI | 12.28 | 0.75 |
| 12/28/2005 | 16:54:54 | 2488949044 | PONTIAC | MI | 1.52 | 0.11 |
| 1/1/2006 | 10:4921 | 0089230984 | ISRAEL | IS | 14.30 | 0.57 |
| 1/1/2006 | 11:25:30 | 8453572585 | RUSSIA | RU | 1.11 | 0.06 |
| 1/1/2006 | 17:15:24 | 7184375394 | BROOKLYN | NY | 1.52 | 0.07 |

| date | time | to | city | st | dur. | cost |
|------|------|----|------|----|----|------|
| V1/2006 | 10:28:48 | F453764696 | RUSSIA - " | RU | 0.48 | 0.04 AC |
| 12/20/2005 | 07:24:21 | 0089230984 | ISRAEL | | 15.44 | 0.61 |
| 12/28/2005 | 07:42:36 | 0453640398 | RUSSIA | RU | 1.52 | 0.05 |
| 1/1/2006 | 10:27:36 | 9053274044 | RUSSI CELL ANNA | RU | 1.11 | pm |
| 1/1/2006 | 10:44:57 | 0089233543 | ISRAEL | IS | 3.54 | 0.15 |
| 1/1/2006 | 11:09:36 | 8451376469 | RUSS | RU | MI | 0.06 |
| 1/1/2006 | 7:04:18 | 7188748426 | NEW YORK | NY | 7.17 | 0.28 |
| 1/9/2006 | 07:43:00 | 0544415131 | ISRAE CELL | IS | 1.42 | 0.29 |



## 'CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2484837871 | $13.75 | 155.57 |



**NECC TELECOM**

**NEC**

billing inquiries: 1 800 766 2642
www.necc.us

INVOICE # 3663412

Account #: 0151738
Name: GREGORY MANASHER

Phone #: (248) 483-7871
Billing cycle: Jan-13-2006 thru Feb-05-2006

| previous balance | payment thank you | other fees | credit | automatic credit | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $15.90 | $15.90 | $0.00 | $0.00 | $0.86 | $0.00 i | $19.91 |

"Automatic Credit" section includes all international calls under one minute, when applicable.

Preferred Customer Plan* [PCP]
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $17.45 |
| Carver Charges | $0.79 |
| FCC Line Charges | $028 |
| Federal Taxes | $0.35 |
| State Taxes | $0.70 |
| Universal Services | $1.20 |
| TOTAL Current Charges | $20.77 |
| Automatic credit | ($0.86) CR |
| Applied referal discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $15.90 |
| Payment - thank you (Jan-23-06) | ($15.90) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $19.91 |

If you refer your friends and family to us, and they call us directly at (800) 766-2642 and - - moose NECC to he their-tang-distance transfer-, company, YOU will receive a discount equal .with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not release a transfer or allow-a-switch-of your service to another carrier without your expressed written or verbal permission.

Are you looking for work? NECC is seeking people who are fluent in Punjabi, Farsi, and Tamil-#or-ocn' etIng-departma'nrin - South Florida. Please e-mail your resume to roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

# NECC

INVOICE # 3663412

| Previous Baling Cycle Payment Activity Description |

| Date | Amount | Description |
|------|--------|-------------|
| 23-Jan-06 | 15.90 | Payment |
| Total: | 15.90 | |

Standard Customer Plan* [SCR]
Current Charges

|  |  |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $8725 |
| Carrier Charges | $0.79 |
| FCC Line Charges | $1.40 |
| Federal Taxes | $1.75 |
| State Taxes | $3.50 |
| Universal Services | $6.00 |
| TOTAL Current Charges | $100.69 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee

Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%

You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. Preferred Customer Plan"* PCP, "Standard Customer Plan"* SCP

Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates

NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities)

NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.



# NECC

DETAILS FOR INVOICE     3663412

CALLS

| date | time to | city | st | dur | cost | | date | time to | city | st | dur | cost |
|------|---------|------|----|----|------|---|------|---------|------|----|----|------|
| number 2484837871 | | | | | | | | | | | | |
| automatic credit • less than 1 min calls | | | | | | | | | | | | |
| 1/19/2006 | 14:31:33 | 0089233643 ISRAEL | IS | 0.48 | 0.03 AC | | 1121/2006 | 09:40:45 | 0547556463 ISRAE CELL | IS | 0.42 | 0.12 AC |
| 1/21/2006 | 09:41:36 | 0547556463 ISRAE CELL | IS | 0.51 | 0.14 AC | | 1/21/2006 | 10:57:54 | 0953996898 RUSSIA | RU | 0.42 | 0.02 AC |
| 1/21/2006 | 11:0012 | 0089253702 ISRAEL | IS | 0.30 | 0.02 AC | | 2/2/2006 | 12:56:39 | 0017231673 AZERBAIJAN | RU | 0.51 | 0.19 AC |
| 2/2/2006 | 13:14:12 | 0012955772 AZERBAIJAN | RU | 0.42 | 0.16 AC | | 2/2/2006 | 13:15:03 | 0012955772 AZERBAIJAN | RU | 0.48 | 0.18 AC |
| regular plan | | | | | | | | | | | | |
| 111212006 | 15:01:03 | 0089233643 ISRAEL | IS | 9.40 | 0.38 | | 111312006 | 12:10:33 | 0959654014 RUSSIA | RU | 1.22 | 0.04 |
| 111312006 | 1625:33 | 0089233643 ISRAEL | IS | 2.53 | 0.11 | | 1/15/2006 | 10:1621 | 0089253702 ISRAEL | IS | 5.33 | 0.22 |
| 1/15/2006 | 1104:36 | 0089253702 ISRAEL | IS | 1244 | 0.50 | | 1/1712006 | 18:41:06 | 9058935678 KLEINBURG | ON | 0.51 | 0.04 |
| 111712006 | 195:36 | 9058935678 KLEINBURG | ON | 8.07 | 0.40 | | 111912006 | 09:30:45 | 0089253702 ISRAEL | IS | 1.00 | 0.04 |
| 111912006 | 093Z12 | 0089230984 ISRAEL | IS | 6.00 | 0.23 | | 1/1912006 | 13:24:06 | 2484571058 TROY | MI | 1.01 | 0.06 |
| 1/1912006 | 14:32:42 | 0089253702 ISRAEL | IS | 5.06 | 0.20 | | 1/1912006 | 14:38:42 | 0089253702 ISRAEL | IS | 9.42 | 0.38 |
| 1/2112006 | 10:59:03 | 0953996898 RUSSIA | RU | 1.01 | 0.03 | | 112112006 | 11:01:03 | 0089233643 ISRAEL | IS | 12.36 | 0.49 |
| 1121/2006 | 11:14:09 | 0089233643 ISRAEL | IS | 2.43 | 0.11 | | 1121/2006 | 11:26:36 | 0953996898 RUSSIA | RU | 14.34 | 0.42. |
| 1/2112006 | 11:4127 | 0953254112 RUSSIA | RU | 6.06 | 0.18 | | 1/2112006 | 11:48:03 | 4997443149 RUSSIA | RU | 10.13 | 0.50 |
| 1123/2006 | 0753:48 | 0089233643 ISRAEL | IS | 6.18 | 025 | | 1/24/2006 | 1615:57 | 0089230984 ISRAEL | IS | 3.44 | 0.15 |
| 112612006 | 023:30 | 0017231623 AZERBAIJAN | RU | 16.12 | 3.71 | | 112612006 | 10:40.12 | 0012955772 AZERBAIJAN | RU | 1.01 | 023 |
| 1/26/2006 | 10:4124 | 0089253702 ISRAEL | IS | 24.19 | 0.95 | | 112612006 | 1z.41:18 | 9173068699 NEINYORK ZN1 | NY | 0.51 | 0.03 |
| 1128/2006 | 0:32:33 | 0017231299 AZERBAIJAN | RU | 1.11 | 0.27 | | 1128/2006 | 0923:42 | 0017231299 AZERBAIJAN | RU | 1.11 | 027 |
| 112912006 | 11:3424 | 2488949044 PONTIAC | MI | 2.53 | 0.17 | | 113012006, | 17:10:48 | 2484577058 TROY | MI | 533 | 033 |
| 21212006 | 09:30:03 | 0089233643 ISRAEL | IS | 11.04 | 0.43 | | 21212006 | 09:45:09 | 3137305090 DETROIT | MI | 233 | 0.15 |
| 2/12006 | 10:46:42 | 2484577058 TROY | MI | 1.01 | 0.06 | | 212/2006 | 12:27:45 | 0089253702 ISRAEL | IS | 11.24 | 0.44 |
| 212/2006 | 12:39:36 | 0048746342 ISRAEL | IS | 7,59 | 0.31 | | 21212006 | 12:48:57 | 0953254112 RUSSIA | RU | 7.12 | 0.21 |
| 2/12006 | 12:57:48 | 0017231673 AZERBAIJAN | RU | 1.01 | 0.23 | | 21212006 | 12:59:27 | 0017231673 AZERBAIJAN | RU | 12.19 | 2,82 |
| 21212006 | 13:16:06 | 0012955772 AZERBAIJAN | RU | 5.06 | 1.17 | | 21312006 | 1718:36 | 3137305090 DETROIT | MI | 1.22 | 0.08 |

CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2484837871 | $17.45 | 241.36 |



INVOICE # 3880716

| Account #: | 0151738 | Phone #: | (248) 483-7871 |
| Name: | GREGORY MANASHER | Billing cycle: | Feb-06-2006 thru Mar-01-2006 |

| previous balance | payment thank you | other fees* | credit | automatic ; credit * | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $19.91 | $19.91 | $0.00 | $0.00 l | $0.11 – | $0.00 | $27.85 |

¹ "Automatic Credit" section includes all international calls under one minute, when applicable.

Preferred Customer Plan* [PCP]
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $23.60 |
| Carrier Charges | $0.94 |
| FCC Line Charges | $0.38 |
| Federal Taxes | $0.47 |
| State Taxes | $0.94 |
| Universal Services | $1.63 |
| TOTAL Current Charges | $27.96 |
| Automatic credit | ($0.11) CR |
| Applied referal discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $19.91 |
| Payment - thank you (Feb-21-06) | ($19.91) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $27.85 |

If you refer your friends and family to us, and they call us directly at (800) 766-2642 and choose NECC to be their long -distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release-a transfer or-allow a-switch-of- your service to another carrier without your expressed written or verbal permission.

Are you looking for work? NECC is seeking people who are fluent in Punjabi, Farsi, and Tarril- M &Wt f iar*ating department in South Florida. Please e-mail your resume to roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

Z

C

INVOICE # 3880716

DETAILS FOR INVOICE     3880716

## !CALLS

| date | time to | city | st | dur | cost | | date | time to | | st | dur | cost | |
|------|---------|------|----|----|----|----|------|------|--|----|----|----|----|

**number 2484837871**

automatic credit • less than 1 min calls

| 2/12/2006 | 14:04:39 | 8948746342 | ISRAEL | IS | 0.30 | 0.02 AC | 2/26/2006 | 13:49:03 | 0953254112 | RUSSIA | RU | 0.51 | 0.02 AC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/2006 | 13:52:06 | 0953996898 | RUSSIA | RU | 0.51 | 0.02 AC | 2/26/2006 | 14:15:21 | 0953254112 | RUSSIA | RU | 0.18 | 0.01 AC |
| 212612006 | 14:19:18 | 0953996898 | RUSSIA | RU | 0.36 | 0.02 AC | 2/28/2006 | 12:47:00 | 0089253702 | ISRAEL | IS | Q.30 | 0.02 AC |

regular plan

| 2/812006 | 16:48:09 | 3137305090 | DETROIT | MI | 3.14 | 0.19 | 218/2006 | 22:06:24 | 2132919234 | LOSNGLSDO1 | CA | 0.10 | 0.01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 218/2006 | 22:19:42 | 2132919234 | LOSNGLSDO1 | CA | 0.31 | 0.02 | 2/9/2006 | 13:00:45 | 0089233643 | ISRAEL | IS | 8.07 | 0.32 |
| 2/10/2006 | 09:06:39 | 0542076763 | ISRAE CELL | IS | 15.24 | 2.60 | 2/10/2006 | 09:22:36 | 0017231299 | AZERBAIJAN | RU | 35.46 | 8.19 |
| 2112/2006 | 13:12:03 | 0089253702 | ISRAEL | IS | 35.36 | 1.39 | 2112/2006 | 13:48:09 | 0089230984 | ISRAEL | IS | 1.00 | 0.04 |
| 2/1212006 | 13:49:57 | 0089230984 | ISRAEL | IS | 14.12 | 0.55 | 2/1212006 | 14:06:21 | 0048746342 | ISRAEL | IS | 14.57 | 0.58 |
| 211312006 | 17:05:15 | 3137305090 | DETROIT | MI | 1.22 | 0.08 | 211312006 | 17:43:57 | 8106327285 | HARTLAND | MI | 9.23 | 0.56 |
| 211412006 | 07:26:45 | 0953254112 | RUSSIA | RU | 14.26 | 0.42 | 2/16/2006 | 11:47:30 | 0089233643 | ISRAEL | IS | 10.18 | 0.40 |
| 2/16/2006 | 11:58:12 | 0953996898 | RUSSIA | RU | 2.33 | 0.07 | 2/19/2006 | 09:11:21 | 0089253702 | ISRAEL | IS | 44.53 | 1.75 |
| 212212006 | 11:08:30 | 0953254112 | RUSSIA | RU | 48.07 | 1.40 | 212312006 | 10:55:54 | 0089233643 | ISRAEL | IS | 7.17 | 0.28 |
| 212312006 | 13:11:54 | 8563586400 | ELMER | NJ | 7.59 | 0.31 | 2/26/2006 | 13:29:48 | 0089432467 | ISRAEL | IS | 1.52 | 0.07 |
| 2/26/2006 | 13:31:45 | 0089253702 | ISRAEL | IS | 16.48 | 0.66 | 212612006 | 14:05:21 | 0953254112 | RUSSIA | RU | 9.14 | 0.27 |
| 212612006 | 14:16:39 | 0953996898 | RUSSIA | RU | 1.11 | 0.03 | 212612006 | 14:21:09 | 0089432467 | ISRAEL | IS | 13.42 | 0.53 |
| 212612006 | 143521 | 0953996898 | RUSSIA | RU | 1.11 | 0.03 | 212612006 | 14:36:48 | 0951368845 | RUSSIA | RU | 1.11 | 0.03 |
| 2126/2006 | 14:38:06 | 4953996898 | RUSSIA | RU | 24.58 | 1.22 | 2728/2006 | 12:44:27 | 0089233643 | ISRAEL | IS | 2.00 | 0.08 |
| 212812006 | 12:47:39 | 0089253702 | ISRAEL | IS | 13.12 | 0.51 | 212812006 | 1311:21 | 0012955772 | AZERBAIJAN | RU | 3.55 | 0.90 |

## 'CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2484837871 | $23.60 | 368.07 |



## NECC

**INVOICE # 4052377**

| Account #: | 0151738 | Phone #: | (248) 483-7871 |
| Name: | GREGORY MANASHER | Billing cycle: | Mar-02-2006 thru Mar-25-2006 |

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | | total amount due |
|---|---|---|---|---|---|---|---|
| $27.85 | $27.85 | $0.00 | $7.51 | $0.13 | $0.00 | | $7.08 |

Preferred Customer Plan* [PCP]

' "Automatic Credit" section includes all international calls under one minute, when applicable.

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $12.37 |
| Carrier Charges | $0.56 |
| FCC Line Charges | $0.20 |
| Federal Taxes | $0.25 |
| State Taxes | $0.49 |
| Universal Services | $0.85 |
| TOTAL Current Charges | $14.72 |
| Automatic credit | ($0.13) CR |
| Applied referal discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $27.85 |
| Payment - thank you (Mar-10-06) | ($27.85) CR |
| Credit | ($7.51) CR |
| TOTAL Amount Due | $7.08 |

If you refer your friends and family to us, and they call us directly at L800).:7.6-Aland; your. i choose NECC to be their long distance transfer, company, YOU will receive a discount equal with 5% from every paid bill of the referred' i customer.

For your protection against slamming, and at _request, .NECC 0ecorn Inc _witLnot. release a transfer or allow a switch ofd your service to another carrier without your i expressed written or verbal permission.

Are you looking for work? NECC is seeking peo .wbloare:.fluent in,eunjabi,_F~rsi,:.and Tamil for our telemarketing department in South Florida. Please e-mail your resume to raberta.brown@necc.us
,l
ri

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 4052377

DETAILS FOR INVOICE    4052377

## CALLS

| date | time | to | city | $ | dur | cost |
|------|------|-----|------|---|-----|------|

automatic credit -'less than.1 min calls

| date | time | to | city | $ | dur | cost |
|------|------|-----|------|---|-----|------|
| 31612006 | 12:02:57 | 9047033566 | RUSSI CELL | RU | 0.54 | 0.13 AC |

regular plan

| date | time | to | city | $ | dur | cost |
|------|------|-----|------|---|-----|------|
| 3/6/2006 | 11:58:18 | 9047033566 | RUSSI CELL | RU | 4.12 | 0.58 |
| 3/6/2006 | 12:07:45 | 9053274044 | RUSSI CELL | RU | 1.42 | 024 |
| 31612006 | 12:16:36 | 8453764696 | RUSSIA | RU | 1.01 | 0.05 |
| 3/6/2006 | 1219:57 | 9053274044 | RUSSI CELL | RU | 1.22 | 0.19 |
| 3/7/2006 | 13:53:06 | 0089253702 | ISRAEL | IS | 2.54 | 0.11 |
| 3/11/2006 | 19:34:24 | 7344550801 | PLYMOUTH | MI | 3.34 | 021 |
| 3/13/2006 | 09:40:39 | 0089253702 | ISRAEL | IS | 21.36 | 0.84 |
| 3/15/2006 | 09:44:45 | 2484577058 | TROY | MI | 1.01 | 0.06 |
| 311712006 | 10:13:57 | 3135619075 | DETROIT | MI | 3.24 | 0.20 |
| 3/17/2006 | 15:35:39 | 3135619075 | DETROIT | MI | 0.41 | 0.04 |
| 311712006 | 17:03:15 | 2483351788 | PONTIAC | MI | 1.11 | 0.07 |
| 3/18/2006 | 12:35:54 | 0089253702 | ISRAEL | IS | 13.42 | 0.53 |
| 3/19/2006 | 11:56:33 | 0017231673 | AZERBAIJAN | RU | 2.06 | 0.40 |
| 3/19/2006 | 12:00:06 | 0017231673 | AZERBAIJAN | RU | 1.00 | 0.19 |
| 3/19/2006 | 12:14:15 | 0017231673 | AZERBAIJAN | RU | 5.36 | 1.06 |

| date | time | to | city | $ | dur | cost |
|------|------|-----|------|---|-----|------|
| 316/2006 | 10:06:21 | 4955068861 | RUSSIA | RU | 5.06 | 0.25 |
| 3/6/2006 | 12:04:12 | 9047033566 | RUSSI CELL | RU | 1.32 | 0.21 |
| 31612006 | 12:15:06 | 9033042715 | RUSS! CELL | RU | 1.11 | 0.17 |
| 31612006 | 12:18:24 | 8453764696 | RUSSIA | RU | 1.11 | 0.06 |
| 3/7/2006 | 13:39:27 | 0089253702 | ISRAEL | IS | 13.12 | 0.51 |
| 3/7/2006 | 3 56:27 | 0046547155 | ISRAEL | IS | 2.13 | 0.09 |
| 311212006 | 17:56:45 | 7344550801 | PLYMOUTH | MI | 4.48 | 0.29 |
| 3/13/2006 | 10:02:45 | 0017231623 | AZERBAIJAN | RU | 11.37 | 220 |
| 311712006 | 09:29:12 | 3135619075 | DETROIT | MI | 3.14 | 0.19 |
| 311712006 | 12:05:15 | 3135619075 | DETROIT | MI | 1.11 | 0.07 |
| 311712006 | 15:51:27 | 2132919234 | LOSNGLSD01 | CA | 0.10 | 0.01 |
| 311812006 | 12:23:54 | 0089253702 | ISRAEL | IS | 11.04 | 0.43 |
| 311812006 | 14:23:39 | 4953996898 | RUSSIA | RU | 9.14 | 0.45 |
| 311912006 | 11:59:00 | 0017231673 | AZERBAIJAN | RU | 1.01 | 0.19 |
| 311912006 | 12:01:15 | 0017231673 | AZERBAIJAN | RU | 1228 | 2.35 |

## CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2484837871 | $12.37 | 145.15 |

