FRIDA SIROTA

| Invoice Number | Dates of Invoice | Service Charges | | Difference |
|---|---|---|---|---|
| 1942672 | 4/24/05 thru 5/17/05 | | | Ok |
| 2066179 | 5/18/05 thru 6/10/05 | | | Ok |
| 2195265 | 6/11/05 thru 7/4/05 | Charge: | $2.57 | |
| | | Detail: | $2.02 | $0.55 |
| 2329414 | 7/5/05 thru 7/28/05 | Charge: | $2.15 | |
| | | Detail: | $1.66 | $0.49 |
| 2461090 | 7/29/05 thru 8/21/05 | Charge: | $5.16 | |
| | | Detail: | $3.92 | $1.24 |
| 2601338 | 8/22/05 thru 9/14/05 | Charge: | $10.88 | |
| | | Detail: | $ 8.38 | $2.50 |
| 2749782 | 9/15/05 thru 10/8/05 | Charge: | $9.94 | |
| | | Detail: | $7.96 | $1.98 |
| 2926124 | 10/9/05 thru 11/1/05 | Charge: | $9.47 | |
| | | Detail: | $7.45 | $2.02 |
| 3080789 | 11/2/05 thru 11/25/05 | Charge: | $15.36 | |
| | | Detail: | $12.23 | $3.13 |





billing inquiries: 1 800 766 2642
www.necc.us

INVOICE # 1942672

| Account#: | 0124714 | Phone #: | (248) 960-4452 |
| Name: | FRIDA SIROTA | Billing cycle: | Apr-24-2005 thru May-17-2005 |

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 ! | $0.00 | $0.00 | $0.00 | $0.00 ' | $4.57 |

Preferred Customer Plan* [PCP]

Current Charges

\* "Automatic Credit" section includes all international calls under one minute, when applicable.

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $2.78 |
| Carrier Charges | $1.39 |
| FCC Line Charges | $0.04 |
| Federal Taxes | $0.06 |
| State Taxes | $0.11 |
| Universal Services | $0.19 |
| TOTAL Current Charges | $4.57 |
| Automatic credit | $0.00 CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $0.00 |
| Payment -thank you | $0.00 CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $4.57 |

If you refer your friends and family to us and they call us directly at (866) 478-7742 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release a transfer or allow a switch of your service to another carrier without your expressed written or verbal permission.

View, print and pay your NECC bill the easy way — online. Save time. Save money.

For free NECC online billing go to www.necc.us

# NECC

NECC TELECOM

INVOICE # 1942672

DETAILS FOR INVOICE          1942672

CALLS

number 2489604452
regular plan

| date | time | to | city | st | dur | cost | date | time | to | city | st | dur | cost |
|------|------|-----|------|-----|------|------|------|------|-----|------|-----|------|------|
| 4/2/2005 | 07:36:33 | 0482242618 | UKRAINE | U0 | 1.12 | 0.11 | 4/2/2005 | 07:38:18 | 0482256952 | UKRAINE | U0 | 2.02 | 0.18 |
| 41212005 | 09:14:48 | 0482242618 | UKRAINE | U0 | 12.02 | 1.07 | 5/2/2005 | 19:00:39 | 6172430568 | NEWTON | MA | 0.51 | 0.03 |
| 5/3/2005 | 19:38:30 | 7182584250 | BROOKLYN | NY | 35.17 | 1.38 | 5/12/2005 | 17:30:54 | 6172430568 | NEWTON | MA | 0.20 | 0.01 |

CALLS SUMMARY

| number | charge | mm |
|--------|--------|-----|
| 2489604452 | $2.78 | 51.75 |



rNVOicE # 1942672

Standard Customer Plan* [SCP]
Current Charges

|  |  |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $27.80 |
| Carrier Charges | $1.39 |
| FCC Line Charges | $0.40 |
| Federal Taxes | $0.60 |
| State Taxes | $1.10 |
| Universal Services | $1.90 |
| TOTAL Current Charges | $33.19 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles," you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3" Preferred Customer Plan"* PCP, "Standard Customer Plan ** SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles You will loose Your "PCP" status and you will become part of our "SCP" paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.



# NECC

INVOICE # 2066179

| | |
|---|---|
| Account #: | 0124714 |
| Name: | FRIDA SIROTA |

| | |
|---|---|
| Phone #: | (248) 960-4452 |
| Billing cycle: | May-18-2005 thru Jun-10-2005 |

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $4.57 | $4.57 | $0.00 | $0.00 | $0.00 | $0.00 | $3.57 |

Preferred Customer Plan* [PCP]

Current Charges

\* "Automatic Credit" section includes all international calls under one minute, when applicable.

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $2.17 |
| Carrier Charges | $1.09 |
| FCC Line Charges | $0.03 |
| Federal Taxes | $0.04 |
| State Taxes | $0.09 |
| Universal Services | $0.15 |
| TOTAL Current Charges | $3.57 |
| Automatic credit | $0.00 CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $4.57 |
| Payment -thank you | ($4.57) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $3.57 |

If you refer-your friends and family to us, - and they call us directly at (866) 478-7742 and choose NECC to be their long distance company, YOU will :receive a a discount equal with 5/o from every paid NH of the referred customer.

For your protection againstslamming, and at your request, NECC Telecom Inc. will not transfer, :release a transfer ar switch of your service to another carrier wtthout your expressed written or verbal }permission.

View, print and pay your NECC bill !he- easy way — online. Save time. Save money. For free NECC online billing go to vmwnecc us

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 2066179

| Previous Billing Cycle Payment Activity Description | | |
|---|---|---|

| Date | Amount | Description |
|---|---|---|
| 27-May-05 | 4.57 | Payment |
| Total: | 4.57 | |

Standard Customer Plan* [SCP]

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $21.70 |
| Carrier Charges | $1.09 |
| FCC Line Charges | $0.30 |
| Federal Taxes | $0.40 |
| State Taxes | $0.90 |
| Universal Services | $1.50 |
| TOTAL Current Charges | $25.89 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

### 1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, ours recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

### 2. Referral Discount 5%
You will receive a 5% discount for *each and every* person you refer to our services month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

### 3. "Preferred Customer Plan PCP, "Standard Customer Plan SCP
Our PCP is designed for customers that pay their bill on time by the "Due Date By refusing to pay your bill for 3 consecutive cYycles" You will loose your "PCP" status and you will become part of our SCP, paying our regular rates. For more information, to review our PCP and SCP rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 : 2642.

### 4. Rates
NE C`s rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.



# vECC

INVOICE # 2066179

DETAILS FOR INVOICE        2066179

CALLS

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|------|------|-----|-------|-----|------|-------|---|------|------|-----|-------|-----|------|-------|
| number 2489604452 | | | | | | | | | | | | | | |
| regular plan | | | | | | | | | | | | | | |
| 5/19/2005 | 20:29:18 | 6172430568 | NEWTON | MA | 4.15 | 0.17 | | 5/26/2005 | 19:20:12 | 6172430568 | NEWTON | MA | 16.31 | 0.64 |
| 5/31/2005 | 21:07:45 | 6172430568 | NEWTON | MA | 1.52 | 0.07 | | 6/7/2005 | 19:34:36 | 6172430568 | NEWTON | MA | 20.56 | 0.82 |
| 6/7/2005 | 19:55:36 | 6172430568 | NEWTON | MA | 12.00 | 0.47 | | | | | | | | |

| number | charge | min |
|--------|--------|-----|
| 2489604452 | $2.17 | 55.56 |

billing inquiries: 1 800 766 2642
www.necc.us

# 'NECC

INVOICE # 2195265

| Account #: | 0124714 | Phone #: | (248) 960·4452 |
| Name: | FRIDA SIROTA | Billing cycle: | Jun-11-2005 thru Jul-04-2005 |

| previous balance | payment, thank you i | other fees* | credit | automatic credit' | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $3.57 | $3.57 | $0.00 | $0.00 | $0.04 | $0.00 | $4.18 |

"Automatic Credit" section includes all international calls under one minute, when applicable.

### Preferred Customer Plan* [PCP]

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $2.57 |
| Carrier Charges | $1.28 |
| FCC Line Charges | $0.04 |
| Federal Taxes | $0.05 |
| State Taxes | $0.10 |
| Universal Services | $0.18 |
| TOTAL Current Charges | $4.22 |
| Automatic credit | ($0.04) CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $3.57 |
| Payment - thank you | ($3.57) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $4.18 |

If you refer your friends and family to us, and they call us directly at (866) 4784742 and choose N E C C to be the r 1 on g distance company; YOU will receive a a switch of discount equal with 5% from every paid bill of the referred customer.

For your prc>teetion against slamming, at: your.requesi,'NECC Telecom Inc. your service to another ~arrier" will not transfer, selease a transfer.. or allow wrtlfott .your expressed permission.

View, print and pay your NECC bill the easy way - online. Save'.time. Save stamps. Save money.

# NE

INVOICE # 2195265

| Previous Billing Cycle Payment Activity Description | | |
| --- | --- | --- |
| Date | Amount | Description |
| 24-Jun-05 | 3.57 | Payment |
| Total: | 3.57 | |

| Standard Customer Plan* [SCP] | |
| --- | --- |
| Current Charges | |
| Recurring Fee | $0.00 |
| Service Charges | $25.70 |
| Carrier Charges | $1.28 |
| FCC Line Charges | $0.40 |
| Federal Taxes | $0.50 |
| State Taxes | $1.00 |
| Universal Services | $1.80 |
| TOTAL Current Charges | $30.68 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%
You will recerve a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer:- the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan    PCP, Standard Customer Plan    SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles You will loose your   PCP  status and you will become part of our SCP , paying our regular rates. For more information to review our: PCP and SCP rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.



billing inquiries: 1 800 766 2642
www.necc.us

# N ECC

INVOICE # 2195265

DETAILS FOR INVOICE          2195265

| date | time | to | city | | dur | cost |
|------|------|-----|------|---|-----|------|
| number | 2489604452 | | | | | |

automatic credit - less than 1 min calls

| 611812005 | 07:10:45 | 0035527090 | ISRAEL | IS | 0.42 | 0.03 AC |
|-----------|----------|------------|--------|-----|------|---------|

regular plan

| 612012005 | 13:26:24 | 6172430568 | NEWTON | MA | 7.21 | 0.29 | | 611812005 | 07:11:45 | 0035527090 | ISRAEL | IS | 18.59 | 0.74 |
|-----------|----------|------------|--------|----|------|------|---|-----------|----------|------------|--------|-----|-------|------|
| 612212005 | 12:01:42 | 9783677584 | CHELMSFOR | MA | 4.57 | 0.19 | | 6122/2005 | 09:25:24 | 6175105958 | BOSTON | MA | 0.10 | 0.01 |
| 6/2612005 | 09:10:06 | 0433224132 | UKRAINE | U0 | 8.32 | 0.76 | | 6123/2005 | 13:08:42 | 9783677584 | CHELMSFOR | MA | 0.10 | 0.01 |
| 612812005 | 20:14:06 | 6175105958 | BOSTON | MA | 0.10 | 0.01 | | 612812005 | 20:13:30 | 6172430568 | NEWTON | MA | 0.10 | 0.01 |

CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2489604452 | $2.57 | 41.20 |

billing inquiries: 1 800 766 2642
www.necc.us

**9**

# NECC W A

INVOICE # 2329414

| Account #: | 0124714 | Phone #: | (248) 960-4452 |
|---|---|---|---|
| Name: | FRIDA SIROTA | Billing cycle: | Jul-05-2005 thru Jul-28-2005 |

| previous balance | payment thank you | other fees' | credit | automatic credit • | applied referai discount | total amount due |
|---|---|---|---|---|---|---|
| $4.18 | $4.18 | $0.00 | $0.00 | $0.00 | $0.00 | $3.54 |

Preferred Customer Plan' [PCP]

\* "Automatic Credit" section includes all international calls under one minute, when applicable.

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $2.15 |
| Carrier Charges | $1.08 |
| FCC Line Charges | $0.03 |
| Federal Taxes | $0.04 |
| State Taxes | $0.09 |
| Universal Services | $0.15 |
| TOTAL Current Charges | $3.54 |
| Automatic credit | $0.00 CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $4.18 |
| Payment - thank you | |
| Credit | $0.00 CR |
| TOTAL Amount Due | $3.54 |

If you refer your friends and family to us, and they call us directly at (866) 572-7742 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release a transfer, allow a switch of your service to another carrier without your expressed written or verbal permission.

View, print and pay your NECC bill the easy way — online. Save time and stamps. Save money.
For free NECC online billing go to www.necc.us

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 2329414

| Previous Billing Cycle Payment Activity Description |
| --- |

| Date | Amount | Description |
| --- | --- | --- |
| 26-Jul-05 | 4.18 | Payment |
| Total: | 4.18 | |

Standard Customer Plan* [SCP]
Current Charges

| | |
| --- | --- |
| Recurring Fee | $0.00 |
| Service Charges | $21.50 |
| Carrier Charges | $1.08 |
| FCC Line Charges | $0.30 |
| Federal Taxes | $0.40 |
| State Taxes | $0.90 |
| Universal Services | $1.50 |
| TOTAL Current Charges | $25.68 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

l. Recurring Fee
Due to your commitment to pay your bill on time by the 'Due Date' you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

i - 2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us ate (800) 7662642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer; the greater discount you will receive, even uP to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan"' PCP. "Standard Customer P an". SCP.
Our 'PCP'-is designed forcastomers that pay their bill on.time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you wi8 loose your "PCP" status and you will become part of our 'SCP', paying our regular rates. for more information, to review vu 'PCP' and "SCR' rate or to view your Agreement please visit us online at www.necc.us or ca!s at (800)'786 2642.



# NECC

**NECC TELECOM**

INVOICE # 2329414

DETAILS FOR INVOICE 2329414

## CALLS

| number | date | time | to | city | st | dur | cost | | number | date | time | to | city | st | dur | cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| regular plan | | | 2489604452 | | | | | | | | | | | | | |
| | 711012005 | 17:41:39 | 6143859040 | ALTON | OH | 0.36 | 0.02 | | 711012005 | 17:42:27 | 6143859040 | ALTON | OH | 7.59 | 0.31 |
| | 712112005 | 19:33:30 | 6172430568 | NEWTON | MA | 10.47 | 0.42 | | 712212005 | 19:27:36 | 6172430568 | NEWTON | MA | 12.11 | 0.48 |
| | 712712005 | 19:13:15 | 6172430568 | NEWTON | MA | 10.55 | 0.43 | | | | | | | | |

## CALLS SUMMARY

| number | charge | min |
|---|---|---|
| 2489604452 | $2.15 | 42.46 |

billing inquiries: 1 800 766 2642
www.necc.us

1 =2

■1ǀj  11•‥11111L Eǀ= AL

~r_x_t r

# NECC

INVOICE # 2461090

| Account #: | 0124714 |
| Name: | FRIDA SIROTA |

Phone #: (248) 960-4452
Billing cycle: Jul-29-2005 thru Aug-21-2005

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | total-amount due |
|---|---|---|---|---|---|---|
| $3.54 | $3.54 | $0.00 | $0.00 | $0.22 | $0.00 | $7.24 |

Preferred Customer Plan' [PCP]

Current Charges

*"Automatic Credit" section includes all international calls under one minute, when applicable.

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $5.16 |
| Carrier Charges | $1.55 |
| FCC Line Charges | $0.08 |
| Federal Taxes | $0.10 |
| State Taxes | $0.21 |
| Universal Services | $0.36 |
| TOTAL Current Charges | $7.46 |
| Automatic credit | ($0.22) CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $3.54 |
| Payment - thank you | ($3.54) CR |
| Credit | $0.00 CR' |
| TOTAL Amount Due | $7.24 |

If you refer your friends and family to us, and they call us directly at (866) 478-7742 and ohoos:e NECC to be ⌊t-tⱼ elr *ǀ ong will not traiifer, r☉* ⋅ 5'e°pti Hr'ŝǁEr pr:–BllOW distance company,- YOU will-receive a . , a switch of your seryⱼce to anot#~e ꜛr carrier: iscount equal with ○ from evek-Ɪꝉpaid bill of the referred customer.

For your. protection ag ainstslammin9,. and at your request, -NECC Telecom Inc. without Your :expressed written or:~ .erbb al permission.

View, .prant and pay your NECC bill the easy way _ online. Save ᵗame  Save 3tat~ S. Save- n3flt}

For frees NECC online billing go to www.necc.us

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 2461A90

| fPrevious Billing Cycle Payment Activity Description | | |
|---|---|---|
| Date | Amount | Description |
| 15-Aug-05 | 3.54 | Payment |
| Total: | 3.54 | |

Standard Customer Plan* [SCP]

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $51.60 |
| Carrier Charges | $1.55 |
| FCC Line Charges | $0.80 |
| Federal Taxes | $1.00 |
| State Taxes | $2.10 |
| Universal Services | $3.60 |
| TOTAL Current Charges | $60.65 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

### 1. Recurring Fee
Due to your commitment to pay Your ,bill on time ˙ by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

### 2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us a (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer, the greater discount you will receive, even up to eliminating your personal monthly phone bill.

### 3. "Preferred Customer Plan°* PCP, "Standard Customer Plan"* SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our ¨SCP˙ paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

### 4. Rates
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy; by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

**NECC**
TELECOM

INVOICE # 2461090

DETAILS FOR INVOICE      2461090

## CALLS

| date | time | to | city | st | dur | cost | | date | time | to | city | st | dur | cost |
|------|------|-----|------|-----|------|------|---|------|------|-----|------|-----|------|------|

**number    2489604452**

**automatic credit - less than 1 min calls**

| | | | | | | | | | | | | | | |
|------|------|-----|------|-----|------|------|---|------|------|-----|------|-----|------|------|
| 7/31/2005 | 10:34:30 | 0089460791 | ISRAEL | IS | 0.48 | 0.03 AC | 7/31/2005 | 10:35:36 | 0089471266 | ISRAEL | IS | 0.51 | 0.03 AC |
| 7/31/2005 | 11:24:18 | 0089460791 | ISRAEL | IS | 0.36 | 0.02 AC | 7/31/2005 | 11:57:45 | 0089460791 | ISRAEL | IS | 0.48 | 0.03 AC |
| 7/31/2005 | 13:22:30 | 0089460791 | ISRAEL | IS | 0.48 | 0.03 AC | 8/1/2005 | 10:02:00 | 0089460791 | ISRAEL | IS | 0.36 | 0.02 AC |

**regular plan**

| | | | | | | | | | | | | | | |
|------|------|-----|------|-----|------|------|---|------|------|-----|------|-----|------|------|
| 7/31/2005 | 11:25:06 | 0035527090 | ISRAEL | IS | 1.24 | 0.05 | 7/31/2005 | 11:26:54 | 0035527090 | ISRAEL | IS | 12.11 | 0.48 |
| 7/31/2005 | 11:58:48 | 0089460791 | ISRAEL | IS | 1.11 | 0.05 | 7/31/2005 | 12:38:57 | 0089460791 | ISRAEL | IS | 1.42 | 0.07 |
| 7/31/2005 | 14:42:27 | 0089460791 | ISRAEL | IS | 1.52 | 0.07 | 8/1/2005 | 10:04:12 | 6175105958 | BOSTON | MA | 0.20 | 0.01 |
| 8/1/2005 | 11:03:54 | 0089460791 | ISRAEL | IS | 2.24 | 0.09 | 8/1/2005 | 11:06:45 | 0089460791 | ISRAEL | IS | 12.12 | 0.48 |
| 81112005 | 11:19:15 | 6175105958 | BOSTON | MA | 0.10 | 0.01 | 8/1/2005 | 11:20:51 | 6172187118 | CAMBRIDGE | MA | 0.31 | 0.02 |
| 8/1/2005 | 11:22:21 | 6172187118 | CAMBRIDGE | MA | 0.20 | 0.01 | 8/6/2005 | 11:32:15 | 0035527090 | ISRAEL | IS | 11.00 | 0.43 |
| 8/6/2005 | 11:43:42 | 0035527090 | ISRAEL | IS | 4.46 | 0.19 | 8/6/2005 | 11:48:42 | 0035527090 | ISRAEL | IS | 6.42 | 0.26 |
| 8/9/2005 | 12:11:57 | 0035527090 | ISRAEL | IS | 6.36 | 0.26 | 8/11/2005 | 10:26:54 | 0035527090 | ISRAEL | IS | 2.53 | 0.11 |
| 8/11/2005 | 11:59:18 | 0035527090 | ISRAEL | IS | 1.01 | 0.04 | 8/11/2005 | 12:00:33 | 6172430568 | NEWTON | MA | 2.53 | 0.11 |
| 8/14/2005 | 08:29:57 | 0433224132 | UKRAINE | U0 | 8.16 | 0.74 | 8/19/2005 | 07:47:18 | 0035527090 | ISRAEL | IS | 11.20 | 0.44 |

## CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2489604452 | $5.16 | 94.21 |

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 2601338

| Account #: | 0124714 | Phone #: | (248) 960-4452 |
| Name: | FRIDA SIROTA | Billing cycle: | Aug-22-2005 thru Sep-14-2005 |

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $7.24 | $7.24 | $0.00 | $0.00 | $0.35 | $0.00 | $14.29 |

Preferred Customer Plan* [PCP]

"Automatic Credit" section includes all international calls under one minute, when applicable.

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $10.88 |
| Carrier Charges | $2.18 |
| FCC Line Charges | $0.17 |
| Federal Taxes | $0.22 |
| State Taxes | $0.44 |
| Universal Services | $0.75 |
| TOTAL Current Charges | $14.64 |
| Automatic credit | ($0.35) CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $7.24 |
| Payment - thank you | ($7.24) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $14.29 |

If you refer your friends and famil to us, and they call us directly at_ (866) 478-7742 r and choose NECC to be their lon g distance company, YOU will receive a a discount equal with 5% from every paid bill of the referred customer.

For- our protection against slamming, at your request, NECC Telecom inc.. will not transfer, relea sea transfer or switch of your service to another carrier - without your expressed written or verbal . permission

Are you looking for wank ..lvECC .is' seeking people who are fluent in Pull and or a low Fr i, and Tarnrt o our telemarketing department In South 'Florida. Please call . us at - 561 >400-7978 Or e-mail resume to roberta.brown@necc.us

Please return the ᴾortion below this line with your check oavable to NECC to the address on the enclns i anvelnne

# NECC

INVOICE # 2601338

| Previous Billing Cycle Payment Activity Description |
| --- |

| Date | Amount Description | |
| --- | --- | --- |
| 9-Sep-05 | 7.24 | Payment |
| Total: | 7.24 | |

Standard Customer Plan* [SCP]

Current Charges

| | |
| --- | --- |
| Recurring Fee | $0•00 |
| Service Charges | $108.80 |
| Carrier Charges | $2.18 |
| FCC Line Charges | $1.70 |
| Federal Taxes | $2.20 |
| State Taxes | $4.40 |
| Universal Services | $7.50 |
| TOTAL Current Charges | $126.78 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to our commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due. ~ ~,~

2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan" PCP, "Standard Customer Plan" SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose our "PCP" status and, you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and SCP rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities)
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at 800 766 2642.

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 2601338

DETAILS FOR INVOICE    2601338

## CALLS

| date | time | to | city | st | dur | cost |
|------|------|-----|------|-----|-----|------|
| number | 2489604452 | | | | | |

### automatic credit • less than 1 min calls

| 812812005 | 09:38:54 | 0089471266 | ISRAEL | IS | 0.51 | 0.03 AC | 812812005 | 09:40:36 | 0089471266 | ISRAEL | IS | 0.51 | 0.03 AC |
| 911112005 | 10:38:00 | 0482248793 | UKRAINE | U0 | 0.48 | 0.07 AC | 911212005 | 08:06:57 | 0433243776 | UKRAINE | U0 | 0.48 | 0.07 AC |
| 911212005 | 08:07:57 | 0433224132 | UKRAINE | U0 | 0.48 | 0.07 AC | | | | | | | |

### regular plan

| | | | | | | | 812512005 | 13:37:54 | 2023330606 | WASHINGTON | DC | 5.12 | 0.20 |
| 812512005 | 13:43:39 | 2123715690 | NEW YORK | NY | 7.42 | 0.30 | 812612005 | 09:52:09 | 0035527090 | ISRAEL | IS | 20.32 | 0.80 |
| 812612005 | 11:04:30 | 2023330606 | WASHINGTON | DC | 2.13 | 0.09 | 812812005 | 09:25:36 | 0433224132 | UKRAINE | U0 | 1.32 | 0.14 |
| 812812005 | 09:34:15 | 0433224132 | UKRAINE | U0 | 2.02 | 0.18 | 812812005 | 09:37:09 | 0433224132 | UKRAINE | U0 | 1.42 | 0.15 |
| 812812005 | 10:17:33 | 0089471266 | ISRAEL | IS | 29.53 | 1.17 | 812812005 | 11:02:18 | 0433224132 | UKRAINE | U0 | 2.53 | 0.26 |
| 813012005 | 11:12:45 | 3126422360 | CHICAGO | IL | 3.34 | 0.14 | 91212005 | 11:09:06 | 0035527090 | ISRAEL | IS | 24.58 | 0.97 |
| 91912005 | 07:38:03 | 0035527090 | ISRAEL | IS | 9.06 | 0.35 | 91912005 | 09:16:18 | 7165105958 | BUFFALO | NY | 0.20 | 0.01 |
| 9/912005 | 09:17:21 | 6172430568 | NEWTON | MA | 25.44 | 1.00 | 9/1112005 | 10:34:51 | 0433224132 | UKRAINE | U0 | 1.00 | 0.09 |
| 911112005 | 10:36:21 | 0433224132 | .UKRAINE | U0 | 1.32 | 0.14 | 911112005 | 10:39:06 | 0482248793 | UKRAINE | U0 | 12.44 | 1.13 |
| 911212005 | 08:05:42 | 0433224132 | UKRAINE | U0 | 1.11 | 0.11 | 911212005 | 08:09:00 | 2163973182 | CLEVELAND | OH | 2.53 | 0.11 |
| 911212005 | 08:17:57 | 0035527090 | ISRAEL | IS | 9.56 | 0.39 | 9/1212005 | 08:27:57 | 0035527090 | ISRAEL | IS | 8.48 | 0.34 |
| 911212005 | 08:37:48 | 0433224132 | UKRAINE | U0 | 1.32 | 0.14 | 911212005 | 08:5151 | 0433224/32 | UKRAINE | U0 | 1.52 | 0.17 |

## CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2489604452 | $10.88 | 182.99 |





# NECC

**INVOICE # 2749782**

| Account #: | 0124714 | Phone #: | (248) 960-4452 |
| Name: | FRIDA SIROTA | Billing cycle: | Sep-15-2005 thru Oct-08-2005 |

| previous balance | payment thank you | other fees* | credit | automatic credit * | applied ▶eferal discount | | total amount due |
|---|---|---|---|---|---|---|---|
| $14.29 | $14.29 | $0.00 | $0.00 | $0.18 | $0.00 | | $14.19 |

Preferred Customer Plan* [PCP]

\* "Automatic Credit" section includes all international calls under one minute, when applicable.

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $9.94 |
| Carrier Charges | $2.98 |
| FCC Line Charges | $0.16 |
| Federal Taxes | $0.20 |
| State Taxes | $0.40 |
| Universal Services | $0.69 |
| TOTAL Current Charges | $14.37 |
| Automatic credit | ($0.18) CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $14.29 |
| Payment - thank you | ($14.29) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $14.19 |

If you refer your friends and family to us, For your of an against slamming, Are, you looking for work? E .0 is
and they call us directly at (866) 473-7742 and al our yes, N G,~ ale al inc. a !to a le are fluent in Rtmlabl,
and choose NECC to be their long wilt not-transfer, rete, Se a transfer ; a ow Farsi arnd Tamil for our tetemarketing
distance company, YOU will receive a a w~ of your , z~°~e:aQ;~al~0ther~c~ar,.pier - de: ar : tment in South E or~a . Please
discount equal with 5% from every paid call w:r ut ur ex reps d wratte nor. im al e.. l o ra r e s u e t
of the referred customer. permission. roberta.brown@necc.us

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 2749782

| Previous Billing Cycle Payment Activity Description |

| Date | Amount | Description |
|------|--------|-------------|
| 4-Oct-05 | 14.29 | Payment |
| Total: | 14.29 | |

Standard Customer Plan* [SCP]

Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $99.40 |
| Carrier Charges | $2.98 |
| FCC Line Charges | $1.60 |
| Federal Taxes | $2.00 |
| State Taxes | $4.00 |
| Universal Services | $6.90 |
| TOTAL Current Charges | $116.88 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring g Fee

Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurrin g fee. However, our:.: recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%

You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us atr (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer,. the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan    PCP, "Standard Customer Plan    SCP

Our "PCP" is designed for customers that pay their bill on time by the "Due Date . By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our: "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls  at (800) 766 2642.

4. Rates

NECC's rate are subject to change without advanced notice. You can view our  rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities

NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) :7662642.

# NECC TELECOM

## NECC

DETAILS FOR INVOICE      2749782

### CALLS

| date | time | to | city | st | dur | cost | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| number | 2489604452 | | | | | | | | | | | | |
| automatic credit - less than 1 min calls | | | | | | | | | | | | | |
| 10/2/2005 | 13:26:15 | 0433224132 | UKRAINE | U0 | 0.42 | 0.06 AC | 10/3/2005 | 09:07:42 | 0433224142 | UKRAINE | U0 | 0.42 | 0.06 AC |
| 10/4/2005 | 10:57:18 | 0035527090 | ISRAEL | IS | 0.48 | 0.03 AC | | | | | | | |
| regular plan | | | | | | | 9/16/2005 | 09:25:57 | 6172430568 | NEWTON | MA | 20.48 | 0.81 |
| 9/18/2005 | 09:45:15 | 0035527090 | ISRAEL | IS | 1.11 | 0.05 | 9/18/2005 | 13:09:24 | 0035527090 | ISRAEL | IS | 1.52 | 0.07 |
| 9/19/2005 | 10:10:48 | 3126422360 | CHICAGO | IL | 4.35 | 0.18 | 9/19/2005 | 10:15:39 | 6172430568 | NEWTON | MA | 0.20 | 0.01 |
| 9/22/2005 | 17:10:15 | 6172430568 | NEWTON | MA | 13.43 | 0.54 | 9/23/2005 | 08:20:18 | 0035527090 | ISRAEL | IS | 24.22 | 0.95 |
| 9/30/2005 | 07:48:27 | 0035527090 | ISRAEL | IS | 15.36 | 0.61 | 913012005 | 08:04:27 | 0035527090 | ISRAEL | IS | 10.42 | 0.42 |
| 9/30/2005 | 08:46:45 | 6172430568 | NEWTON | MA | 0.41 | 0.03 | 9/30/2005 | 08:47:45 | 6172430568 | NEWTON | MA | 7.36 | 0.30 |
| 10/2/2005 | 09:25:42 | 0433224132 | UKRAINE | U0 | 3.04 | 0.27 | 10/2/2005 | 13:27:15 | 0433224132 | UKRAINE | U0 | 1.01 | 0.09 |
| 10/3/2005 | 09:00:4.5 | 0433224132 | UKRAINE | U0 | 1.06 | 0.10 | 101312005 | 09:02:09 | 0433224132 | UKRAINE | U0 | 1,12 | 0.11 |
| 10/3/2005 | 09:03:54 | 0433224132 | UKRAINE | U0 | 1.42 | 0.15 | 10/3/2005 | 09:05:57 | 0433224132 | UKRAINE | U0 | 1,12 | 0.11 |
| 10/3/2005 | 09:08:39 | 0433224132 | UKRAINE | U0 | 3.24 | 0.30 | 10/4/2005 | 10:42:45 | 0433224132 | UKRAINE | U0 | 1.52 | 0.17 |
| 10/4/2005 | 10:45:00 | 0433224132 | UKRAINE | U0 | 2.43 | 0.24 | 10/4/2005 | 10:48:00 | 0433224132 | UKRAINE | U0 | 4.00 | 0.36 |
| 10/4/2005 | 10:52:30 | 0433224132 | UKRAINE | U0 | 4.18 | 0.38 | 10/4/2005 | 10:58:12 | 2163973182 | CLEVELAND | OH | 1.01 | 0.04 |
| 10/5/2005 | 09:10:00 | 6175100568 | BOSTON | MA | 0.10 | 0.01 | 10/5/2005 | 09:10:51 | 6172430568 | NEWTON | MA | 0.31 | 0.02 |
| 10/8/2005 | 10:01:21 | 0433224132 | UKRAINE | U0 | 1.32 | 0.14 | 10/8/2005 | 10:03:51 | 0433224132 | UKRAINE | U0 | 1.32 | 0.14 |
| 10/8/2005 | 10:06:36 | 0035527090 | ISRAEL | IS | 11.36 | 0.45 | 10/8/2005 | 10:18:27 | 0433224132 | UKRAINE | U0 | 5.15 | 0.47 |
| 10/8/2005 | 12:13:06 | 0433224132 | UKRAINE | U0 | 4.56 | 0.44 | | | | | | | |

### CALLS SUMMARY

| number | charge | min |
|---|---|---|
| 2489604452 | $9.94 | 155:76 |



# NECC

Account #:  0124714
Name:  FRIDA SIROTA

Phone #:  (248) 960-4452
Billing cycle:  Oct-09-2005 thru Nov-01-2005

| previous balance | payment thank you | other fees* | credit | automatic credit' | applied referel discount | total amount due |
|---|---|---|---|---|---|---|
| $14.19 | $14.19 | $1.99 | $0.00 | $0.15 | $0.00 | $21.32 |

Preferred Customer Plan* [PCP]
Current Charges

\* "Automatic Credit" section includes all international calls under one minute, when applicable.

|  |  |  |
|---|---|---|
| Recurring Fee | $4.39 | |
| Late Payment Charge | $10,3 | |
| Service Charges | $9.47 | |
| Carrier Charges | $2.89 | |
| FCC Line Charges | $0.23 | |
| Federal Taxes | $0.29 | |
| State Taxes | $0.58 | |
| Universal Services | $1.00 | |
| TOTAL Current Charges | $19.48 | |
| Automatic credit | ($0.15) | CR |
| Applied referel discount | $0.00 | CR |
| Other Fees | $1.99 | |
| Previous Balance | $14.19 | |
| Payment - thank you | ($14.19) | CR |
| Credit | $0.00 | CR |
| TOTAL Amount Due | $21.32 | |



Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

DETAILS FOR INVOICE          2926124

CALLS

| | date | time | to | city | st | dur | cost | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| number | :2489604452 | | | | | | | | | | | | | | |

automatic credit -less than I min calls

| 10/10/2005 | 07:59:48 | 0089471266 | ISRAEL | | IS | 0.30 | 0.02 AC | 10/29/2005 | 08:00:48 | 0089471266 | ISRAEL | | IS | 0.36 | 0.02 AC |
| 1013012005 | 10:30:09 | 0433224132 | UKRAINE | | UO | 0.48 | 0.07 AC | | | | | | | | |

regular plan

| | | | | | | | | 10/10/2005 | 08:01:51 | 0089471266 | ISRAEL | | IS | 9.06 | 0.35 |
| 10/13/2005 | 10:44:33 | 2163973182 | CLEVELAND | OH | 8.41 | 0.34 | | 1011312005 | 12:26:57 | 6172430568 | NEWTON | MA | 0.31 | 0.02 |
| 10/15/2005 | 08:14:36 | 0035527090 | ISRAEL | IS | 14.18 | 0.56 | | 10/15/2005 | 10:30:51 | 0035527090 | ISRAEL | IS | 13.10 | 0.51 |
| 10/19/2005 | 09:16:21 | 6172430568 | NEWTON | MA | 10.13 | 0.40 | | 10/21/2005 | 09:36:33 | 0035527090 | ISRAEL | IS | 1.00 | 0.04 |
| 1012112005 | 09:37:51 | 0035527090 | ISRAEL | IS | 23.32 | 0.92 | | 1012112005 | 10:01:51 | 0035527090 | 4ISRAEL | IS | 13.12 | 0.51 |
| 1012512005 | 08:57:39 | 6175105958 | BOSTON | MA | 20.17 | 0.79 | | 1012612005 | 07:54:24 | 0035527090 | ISRAEL | IS | 13.18 | 0.52 |
| 1012612005 | 08:08:12 | 0019251130 | AUSTRIA | AS | 1.01 | 0.05 | | 1012912005 | 08:01:39 | 0089471266 | ISRAEL | IS | 23.08 | 0.90 |
| 1012912005 | 0835:39 | 0089471266 | ISRAEL | IS | 8.18 | 0.32 | | 10/31/2005 | 08:13:48 | 0433224132 | UKRAINE | UO | 13.43 | 1.22 |

CALLS SUMMARY

| number | charge | min |
|---|---|---|
| 2489604452 | $9.47 | 175.36 |



billing inquiries: 1 800 766 2642
www.necc.us

NECC 

INVOICE # 3080789

| ~ | ~C t | ~ | | auto c a reel | |
|---|---|---|---|---|---|
| $21.32 | $21.32 | $1.99 | $0.00 | $0.03 | $0.00 |

$28.34

~ret~meq~uaaner

"Automatic Credit" section includes all international calls under one minute, when applicable.

Current Charges

| | |
|---|---|
| Recurring Fee | $4.99 |
| Late Payment Charge | $0.03 |
| Service Charges | $15.36 |
| Carrier Charges | $3.05 |
| FCC Line Charges | $0.33 |
| Federal Taxes | $0.41 |
| State Taxes | $0.81 |
| Universal Services | $1.40 |
| TOTAL Current Charges | $26.38 |
| Automatic credit | ($0.03) CR |
| Applied referel discount | $0.00 CR |
| Other Fees | $1.99 |
| Previous Balance | $21.32 |
| Payment - thank you (Nov-17-05) | ($21.32) CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $28.34 |



Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

# NECC

INVOICE # 3080789

| Previous Billing Cycle Payment Activity Description | | |
|---|---|---|
| Date | Amount | Description |
| 17-Nov-05 | 21.32 | Payment |

Tetti.

| Other Fees Description | | |
|---|---|---|
| Date | Amount | Description |
| 26-Nov-05 | 1.99 | Processing fee |

1 i3

| Recurring Fees Description | | |
|---|---|---|
| BTN | Amount | Description |
| | $4.99 | Late Payment |

Ti

**Staff '' 'm Mat***

Current Charges

| | |
|---|---|
| Recurring Fee | $4.99 |
| Service Charges | $76.80 |
| Cartier Charges | $3.05 |
| FCC Line Charges | $1.65 |
| Federal Taxes | $2.05 |
| State Taxes | $4.05 |
| Universal Services | $7.00 |
| TOTAL Current Charges | $99.59 |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

**1. Recurring Fee**
By paying your bill on time... you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

**2. Referral Discount 5%**
You will receive a 5% discount for each and every person you refer to our service... will be applied to your bill for as long as you remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

**3. "Preferred Customer Plan", PCP. "Standard Customer Plan", SCP**
Our PCP is designed for people that pay their bill on time by the Due Date. By refusing to pay your bill for 3 consecutive cycles you will lose your "PCP" status and you will become part of our "SCP" paying our regular rates. For more information to review our PCP and SCP rates or to view your... please visit us at www.necc.us or call us at 800 766 2642.

**4. Rates**
NECC's rates are subject to change without advance notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.



billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 3080789

## CALLS

| date | time | to | city | st | dur | cost |
|------|------|-----|------|-----|------|------|
| 11/20/2005 | 09:10:42 | 0035527090 | ISRAEL | IS | 0.30 | 0.02 AC |
| 111212005 | 08:22:06 | 6172430568 | NEWTON | M | 11.42 | 0.46 |
| N14I1305a | | | | | 0 | 0x01 |
| 1115/2005 | 13:00:12 | 0035527090 | ISRAEL | IS | 29.53 | 1.17 |
| ~ 4~ 2000 | &52 51 x'0035527090 | ISL | | | | |
| 11/10/2005 | 16:23:57 | 6172430568 | NEWTON | M | 10.38 | 0.41 |
| 1111512005 | 17:13:39 | 6172430568 | NEWTON | UA | 5.51 | 0.23 |
| | | | | | 18.43 | 0.73 |
| 1112012005 | 09:08:06 | 0019251130 | AUSTRIA | AS | 2.12 | 0.11 |
| 1112312005 | 18:31:27 | 6172430568 | NEWTON | M | 12.36 | 0.49 |

| date | time | to | city | st | dur | cost |
|------|------|-----|------|-----|------|------|
| 11/2/2005 | 08:17:57 | 0019251130 | AUSTRIA | AS | | |
| 111212005 | 08:34:12. | 0035527090 | .IS | AEL | | |
| 111512005 | 11:41:21 | 0035527090 | ISRAEL | IS | | |
| 11/9/2005 | 18:26:12 | 6172430568 | NEWTON | | | |
| 1'I/I: 005:: | 8 28:30 | | 27090 , ISRAEL | | | |
| 11/14/2005 | 19:57:36 | 6172430568 | NEWTON | MA | 12.54 | 0.50 |
| | | | | MA | 2.23 | 0.09 |
| 11/19/2005 | 10:24:06 | 0433224132 | UKRAINE | U: | 3.24 | 0.75 |
| 111 #12015 | 09:11': | 2 382 :.Oh. | LAND | OH | 26.30 | 1.04 |
| 1112312005 | 18:14:27 | 6172430568 | NEWTON | | 16.15 | 0.63 |
| 1112512001 | | | | | | |

| number | charge | min |
|--------|--------|-----|
| 2+80604452 | $15.36 | 301 76 |

$45.40

6.33