**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GREGORY MANASHER and FRIDA SIROTA,

    Plaintiffs,                                      Case No. 06-10749

v.                                                    Hon.  Sean F. Cox

NECC TELECOM,

    Defendants.
_____/

**MEMORANDUM OF FINAL PRE-TRIAL**
**CONFERENCE/SCHEDULING CONFERENCE AND ORDER**

      Counsel for all parties having appeared before Judge Cox on December 18, 2006,  and the parties having stipulated to same;

      IT IS HEREBY ORDERED that Plaintiff shall serve no more than three Interrogatories setting forth what is needed with respect to class certification (i.e., late charges, recurring fees, who will testify as to same, etc.), a copy of which shall be submitted to Judge Cox.

      IT IS FURTHER ORDERED that the parties may submit a Stipulation and Order Adjourning dates set forth in the Court's Order dated June 8, 2006, for a period of no more than 30 days.

      The Court has scheduled a continued Final Pre-Trial Conference for Friday, January 5, 2007 at 9:00 a.m.

                                                    S/Sean F. Cox
                                                    Sean F. Cox
                                                    United States District Judge

Dated:  December 19, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 19, 2006, by electronic and/or ordinary mail.

                                                      S/Timilyn M. Katsaros
                                                     Administrative Assistant