**EXHIBIT A**
Invoices

# NECC

INVOICE # 2201886

Account #: 0151738
Name: GREGORY MANASHER
Phone #: (248) 483-7871
Billing cycle: Jun-11-2005 thru Jul-04-2005

| previous balance | payment thank you | other fees | credit | automatic credit | applied referral discount | total amount due |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.36 | $0.00 | $29.83 |

*"Automatic Credit" section includes all international calls under one minute, when applicable.

Preferred Customer Plan* [PCP]
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Late Payment Charge | $0.00 |
| Service Charges | $23.31 |
| Carrier Charges | $3.50 |
| FCC Line Charges | $0.37 |
| Federal Taxes | $0.47 |
| State Taxes | $0.93 |
| Universal Services | $1.61 |
| TOTAL Current Charges | $30.19 |
| Automatic credit | ($0.36) CR |
| Applied Referral Discount | $0.00 CR |
| Other Fees | $0.00 |
| Previous Balance | $0.00 |
| Payment - thank you | $0.00 CR |
| Credit | $0.00 CR |
| TOTAL Amount Due | $29.83 |

If you refer your friends and family to us, and they call us directly at (800) 766-2642 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release a transfer or allow a switch of your service to another carrier without your expressed written or verbal permission.

View, print and pay your NECC bill the easy way – online. Save time. Save stamps. Save money.
For free NECC online billing go to www.necc.us

---

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

| account | invoice # | billing date | due date | payment due immediately | amount due date after Jul-27-2005 | amount enclosed |
|---|---|---|---|---|---|---|
| 0151738 | 2201886 | 6-Jul-05 | upon receipt | $29.83 | $35.27 | |

To change your mailing address please fill in below

A $20 service fee will be applied to your account for any uncovered check.
In case of a late payment, a $4.99 recurring fee will be applied to your account.

To
GREGORY MANASHER
25631 GREENFIELD RD AP 203
SOUTHFIELD MI 48075

To
NECC TELECOM Inc
PO BOX 802808
CHICAGO IL, 60680-2808

Do not write below this line

0015173802201886000029830000352?1

CONFIDENTIAL

NECC001737

# NECC

INVOICE # 2201886

| Standard Customer Plan* [SCP] | |
|---|---|
| Current Charges | |
| Recurring Fee | $0.00 |
| Service Charges | $233.10 |
| Carrier Charges | $3.50 |
| FCC Line Charges | $3.70 |
| Federal Taxes | $4.70 |
| State Taxes | $9.30 |
| Universal Services | $16.10 |
| **TOTAL Current Charges** | **$270.40** |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

**1. Recurring Fee**
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

**2. Referral Discount 5%**
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer the greater discount you will receive, even up to eliminating your personal monthly phone bill.

**3. "Preferred Customer Plan" PCP, "Standard Customer Plan" SCP**
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

**4. Rates**
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

**5. Agreement (Disclosure and Liabilities)**
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.



CONFIDENTIAL

NECC001738

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 2201886

DETAILS FOR INVOICE 2201886

## CALLS

| date | time | to | city | st | dur | cost |
|---|---|---|---|---|---|---|
| number 2484837871 | | | | | | |
| automatic credit - less than 1 min calls | | | | | | |
| 6/21/2005 | 11:50:09 | 0089233643 | ISRAEL | IS | 0.42 | 0.03 AC |
| 6/28/2005 | 15:07:57 | 0045754369 | ISRAEL | IS | 0.36 | 0.02 AC |
| 6/28/2005 | 15:25:48 | 0048746342 | ISRAEL | IS | 0.51 | 0.03 AC |
| 7/3/2005 | 11:55:48 | 0542076763 | ISR CELL | IS | 0.51 | 0.14 AC |
| 6/25/2005 | 15:39:48 | 0089233643 | ISRAEL | IS | 0.48 | 0.03 AC |
| 6/28/2005 | 15:24:51 | 0048746342 | ISRAEL | IS | 0.48 | 0.03 AC |
| 7/3/2005 | 11:54:57 | 0542076763 | ISR CELL | IS | 0.30 | 0.08 AC |
| regular plan | | | | | | |
| 6/17/2005 | 14:57:33 | 0953996898 | MOSCOW | RU | 5.00 | 0.14 |
| 6/17/2005 | 15:21:57 | 0953996898 | MOSCOW | RU | 13.01 | 0.38 |
| 6/17/2005 | 16:01:06 | 0953996898 | MOSCOW | RU | 4.12 | 0.12 |
| 6/17/2005 | 16:15:57 | 7182661164 | BROOKLYN | NY | 0.41 | 0.03 |
| 6/21/2005 | 10:21:48 | 0048754369 | ISRAEL | IS | 25.26 | 0.99 |
| 6/25/2005 | 15:40:45 | 0089233643 | ISRAEL | IS | 8.24 | 0.33 |
| 6/26/2005 | 09:54:00 | 0542076763 | ISR CELL | IS | 1.22 | 0.23 |
| 6/26/2005 | 09:58:30 | 0542076763 | ISR CELL | IS | 3.06 | 0.52 |
| 6/26/2005 | 10:26:30 | 0017231299 | AZERBAIJAN | RU | 1.01 | 0.23 |
| 6/26/2005 | 11:29:12 | 0017231299 | AZERBAIJAN | RU | 1.01 | 0.23 |
| 6/26/2005 | 12:31:54 | 0017231299 | AZERBAIJAN | RU | 2.42 | 0.62 |
| 6/26/2005 | 12:37:27 | 0017231299 | AZERBAIJAN | RU | 14.26 | 3.30 |
| 6/28/2005 | 11:38:42 | 5864531939 | ROMEO | MI | 6.27 | 0.39 |
| 6/28/2005 | 12:20:00 | 0089233643 | ISRAEL | IS | 16.15 | 0.63 |
| 6/28/2005 | 15:08:54 | 0048754369 | ISRAEL | IS | 1.30 | 0.06 |
| 6/28/2005 | 15:28:09 | 0048754369 | ISRAEL | IS | 8.58 | 0.35 |
| 6/29/2005 | 16:20:48 | 0089233643 | ISRAEL | IS | 10.12 | 0.40 |
| 6/29/2005 | 16:47:45 | 0089230984 | ISRAEL | IS | 10.22 | 0.40 |
| 6/30/2005 | 11:56:42 | 0953996898 | MOSCOW | RU | 7.21 | 0.21 |
| 7/3/2005 | 11:57:06 | 0542076763 | ISR CELL | IS | 31.19 | 5.29 |
| 6/17/2005 | 14:20:30 | 0953996898 | MOSCOW | RU | 17.00 | 0.49 |
| 6/17/2005 | 15:03:03 | 9053824045 | RUS CELL | RU | 1.01 | 0.14 |
| 6/17/2005 | 15:49:06 | 0953996898 | MOSCOW | RU | 11.12 | 0.32 |
| 6/17/2005 | 16:06:15 | 7188748426 | NEW YORK | NY | 9.12 | 0.36 |
| 6/21/2005 | 10:02:12 | 0953254112 | MOSCOW | RU | 14.30 | 0.41 |
| 6/21/2005 | 14:26:30 | 0089233643 | ISRAEL | IS | 13.39 | 0.53 |
| 6/25/2005 | 15:49:45 | 0089233643 | ISRAEL | IS | 9.00 | 0.35 |
| 6/26/2005 | 09:55:33 | 0542076763 | ISR CELL | IS | 2.02 | 0.34 |
| 6/26/2005 | 10:02:06 | 0017231299 | AZERBAIJAN | RU | 1.22 | 0.31 |
| 6/26/2005 | 10:44:12 | 0017231299 | AZERBAIJAN | RU | 1.11 | 0.27 |
| 6/26/2005 | 11:31:12 | 0017231299 | AZERBAIJAN | RU | 5.06 | 1.17 |
| 6/26/2005 | 12:35:18 | 0017231299 | AZERBAIJAN | RU | 1.42 | 0.39 |
| 6/26/2005 | 12:52:27 | 0017231299 | AZERBAIJAN | RU | 3.42 | 0.85 |
| 6/28/2005 | 12:04:33 | 0089230984 | ISRAEL | IS | 1.54 | 0.07 |
| 6/28/2005 | 14:47:33 | 2126131324 | NEW YORK | NY | 3.34 | 0.14 |
| 6/28/2005 | 15:10:39 | 0048754369 | ISRAEL | IS | 13.42 | 0.53 |
| 6/28/2005 | 15:37:09 | 0048754369 | ISRAEL | IS | 15.00 | 0.58 |
| 6/29/2005 | 16:31:27 | 0048754369 | ISRAEL | IS | 16.00 | 0.62 |
| 6/30/2005 | 11:51:57 | 8452590127 | RUSSIA | RU | 4.12 | 0.21 |
| 7/2/2005 | 22:10:18 | 7188748426 | NEW YORK | NY | 0.31 | 0.02 |

## CALLS SUMMARY

| number | charge | min |
|---|---|---|
| 2484837871 | $23.31 | 323.07 |

CONFIDENTIAL

NECC001739

CONFIDENTIAL    NECC001740

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 1942672

Account #: 0124714
Name: FRIDA SIROTA

Phone #: (248) 960-4452
Billing cycle: Apr-24-2005 thru May-17-2005

| previous balance | payment thank you | other fees* | credit | automatic credit* | applied referal discount | total amount due |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.57 |

**Preferred Customer Plan* [PCP]**

*"Automatic Credit" section includes all international calls under one minute, when applicable.

Current Charges
    Recurring Fee    $0.00
    Late Payment Charge    $0.00
    Service Charges    $2.78
    Carrier Charges    $1.39
    FCC Line Charges    $0.04
    Federal Taxes    $0.06
    State Taxes    $0.11
    Universal Services    $0.19
**TOTAL Current Charges**    $4.57
    Automatic credit    $0.00 CR
    Applied Referral Discount    $0.00 CR
    Other Fees    $0.00
    Previous Balance    $0.00
    Payment - thank you    $0.00 CR
    Credit    $0.00 CR
**TOTAL Amount Due**    $4.57

If you refer your friends and family to us, and they call us directly at (866) 478-7742 and choose NECC to be their long distance company, YOU will receive a discount equal with 5% from every paid bill of the referred customer.

For your protection against slamming, and at your request, NECC Telecom Inc. will not transfer, release a transfer or allow a switch of your service to another carrier without your expressed written or verbal permission.

View, print and pay your NECC bill the easy way – online. Save time. Save stamps. Save money.
For free NECC online billing go to www.necc.us

---

Please return the portion below this line with your check payable to NECC to the address on the enclosed envelope.

| account | invoice # | billing date | due date | payment due immediately | amount due date after Jun-09-2005 | amount enclosed |
|---|---|---|---|---|---|---|
| 0124714 | 1942672 | 19-May-05 | upon receipt | $4.57 | $9.63 | |

To change your mailing address please fill in below

A $20 service fee will be applied to your account for any uncovered check.
In case of a late payment, a $4.99 recurring fee will be applied to your account.

To
FRIDA SIROTA
2595 KINGSTOWN
COMMERCE MI 48390

To
NECC TELECOM Inc
PO BOX 802808
CHICAGO IL, 60680-2808

Do not write below this line

NECC001800

001247140194267200000457000009633

CONFIDENTIAL

# NECC

INVOICE # 1942672

Standard Customer Plan* [SCP]
Current Charges

| | |
|---|---|
| Recurring Fee | $0.00 |
| Service Charges | $27.80 |
| Carrier Charges | $1.39 |
| FCC Line Charges | $0.40 |
| Federal Taxes | $0.60 |
| State Taxes | $1.10 |
| Universal Services | $1.90 |
| **TOTAL Current Charges** | **$33.19** |

You are part of our "Preferred Customer Plan" for as long as you pay your Bill in Time. If your Bill is late for 60 consecutive days, "3 Billing Cycles", you will be charged by our "Standard Customer Plan". For more information call us or go to www.NECC.us.

1. Recurring Fee
Due to your commitment to pay your bill on time by the "Due Date" you may be part of a plan with no recurring fee. However, our recurring fee of $4.99 will be charged to your account if you default and your bill is past due.

2. Referral Discount 5%
You will receive a 5% discount for each and every person you refer to our services month after month after month, by calling us at (800) 766 2642. 5% of their usage will be applied to your bill for as long as they remain a loyal customer. The more friends you refer, the greater discount you will receive, even up to eliminating your personal monthly phone bill.

3. "Preferred Customer Plan"* PCP, "Standard Customer Plan"* SCP
Our "PCP" is designed for customers that pay their bill on time by the "Due Date". By refusing to pay your bill for 3 consecutive cycles you will loose your "PCP" status and you will become part of our "SCP", paying our regular rates. For more information, to review our "PCP" and "SCP" rate or to view your Agreement please visit us online at www.necc.us or calls at (800) 766 2642.

4. Rates
NECC's rate are subject to change without advanced notice. You can view our rates online at www.necc.us or you can request a copy by calling us at (800) 766 2642. NECC's SCP rates are higher than NECC's PCP rates.

5. Agreement (Disclosure and Liabilities)
NECC's Agreement "Disclosure and Liabilities" can be found online at www.necc.us or you could request a copy by calling us at (800) 766 2642.

CONFIDENTIAL

NECC001801

billing inquiries: 1 800 766 2642
www.necc.us

# NECC

INVOICE # 1942672

DETAILS FOR INVOICE   1942672

## CALLS

| date | time | to | city | st | dur | cost |
|------|------|-----|------|----|----|------|
| number: 2489604452 | | | | | | |
| regular plan | | | | | | |
| 4/2/2005 | 07:36:33 | 0482242618 | UKRAINE | UO | 1.12 | 0.11 |
| 4/2/2005 | 09:14:48 | 0482242618 | UKRAINE | UO | 12.02 | 1.07 |
| 5/3/2005 | 19:38:30 | 7182584250 | BROOKLYN | NY | 35.17 | 1.38 |
| 4/2/2005 | 07:38:18 | 0482256952 | UKRAINE | UO | 2.02 | 0.18 |
| 5/2/2005 | 19:00:39 | 6172430568 | NEWTON | MA | 0.51 | 0.03 |
| 5/12/2005 | 17:30:54 | 6172430568 | NEWTON | MA | 0.20 | 0.01 |

## CALLS SUMMARY

| number | charge | min |
|--------|--------|-----|
| 2489604452 | $2.78 | 51.75 |

CONFIDENTIAL

NECC001802